# **EXHIBIT 5**

**THIS PROMISSORY NOTE HAS NOT BEEN REGISTERED UNDER THE SECURITIES ACT OF 1933, AS AMENDED.  NO SALE OR DISPOSITION MAY BE EFFECTED EXCEPT IN COMPLIANCE WITH RULE 144 UNDER SAID ACT OR AN EFFECTIVE REGISTRATION STATEMENT RELATED THERETO OR AN OPINION OF COUNSEL FOR THE HOLDER SATISFACTORY TO THE COMPANY (AS DEFINED BELOW) THAT SUCH REGISTRATION IS NOT REQUIRED UNDER THE ACT.**

### BRIDGE PROMISSORY NOTE

$125,000

**Issue Date**: _Sept 1st_, 2021
Telluride, CO

For value received, **DIGITAL EARTH MEDIA INC.**, a Delaware corporation (the "**Company**"), unconditionally promises to pay to **HI INVESTMENTS, LLC** or its  assigns (the "**Holder**") the principal sum of $125,000, with interest on the outstanding principal amount at the simple interest rate of 1% per annum based on a 365-day year.  Interest shall commence on the date hereof and shall continue on the outstanding principal until paid in full.  The parties anticipate that the outstanding principal and interest under this Note will be converted into equity securities and this Note cancelled in connection with the next equity financing of the Company after the date hereof.

**1.     Payments; Waiver of Presentment**.

**(a)     Payment Demand**.  If not sooner paid, the outstanding principal balance of this Note, together with the accrued interest thereon shall be due and payable in full on the date six (6) months after the Issue Date set forth above (the "**Maturity Date**").

**(b)     Payments.**  This Note may at any time and from time to time, without premium or penalty, be prepaid by the Company prior to the Maturity Date in whole or in part.  All payments of principal and interest shall be in lawful money of the United States of America and shall be payable at the office of the Holder, at 1315 Oakfield Drive, Suite 2817, Brandon, FL  33509, unless another place of payment shall be specified in writing by the Holder.  All payments shall be applied first to any fees or expenses due to the Holder, then to accrued interest, and thereafter to the outstanding principal balance hereof.

**2.     Default.**

**(a)**     Each of the following events shall be an "**Event of Default**" hereunder:

**(i)**     the Company fails to pay timely any of the principal amount due under the Note on the date the same becomes due and payable or any accrued interest or other amounts due under the Note on the date the same becomes due and payable;

**(ii)**     the Company engages in any liquidation, dissolution or winding up of the Company;

Exhibit 5
Page 1 of 20

**(iii)** the Company files any petition or action for relief under any bankruptcy, reorganization, insolvency or moratorium law or any other law for the relief of, or relating to, debtors, now or hereafter in effect, or makes any assignment for the benefit of creditors or takes any corporate action in furtherance of any of the foregoing;

**(iv)** an involuntary petition is filed against the Company under any bankruptcy statute now or hereafter in effect, or a custodian, receiver, trustee, assignee for the benefit of creditors (or other similar official) is appointed to take possession, custody or control of any property of the Company; or

**(v)** the Company executes a sale, transfer, or assignment with respect to a majority of its assets.

**(b)** Upon the occurrence of any Event of Default hereunder: (i) all unpaid principal, accrued interest and other amounts owing hereunder shall, at the option of the Holder, and, in the case of an Event of Default pursuant to Section 2(a)(iii), (iv), or (v) above, automatically, be immediately due, payable and collectible by Holder pursuant to applicable law; (ii) the Company shall pay all reasonable attorneys' fees and court costs incurred by Holder in enforcing and collecting this Note; and (c) Holder shall have the right to increase the simple interest rate under this Note to fifteen percent (15%) *per annum*.

**3.     Miscellaneous**.

**(a)     Successors and Assigns**.  The terms and conditions of this Note shall inure to the benefit of and be binding upon the respective successors and assigns of the parties.  Notwithstanding the foregoing, neither party may assign, by operation of law or otherwise, its rights or obligations under this Note without the prior written consent of the other party.

**(b)     Governing Law.**  This Note shall be governed by and construed under the laws of the State of Delaware as applied to agreements among Delaware residents, made and to be performed entirely within the State of Delaware.

**(c)     Titles and Subtitles**.  The titles and subtitles used in this Note are used for convenience only and are not to be considered in construing or interpreting this Note.

**(d)     Notices.**  All notices required or permitted hereunder shall be in writing and shall be deemed effectively given: (a) upon personal delivery to the party to be notified, (b) when sent by confirmed electronic mail or facsimile if sent during normal business hours of the recipient, if not, then on the next business day, (c) five (5) days after having been sent by registered or certified mail, return receipt requested, postage prepaid, or (d) one (1) day after deposit with a nationally recognized overnight courier, specifying next day delivery, with written verification of receipt.     All communications shall be sent to the Company at 473 West Colorado Ave, Telluride, CO 81435-3740, and to the Holder at 1315 Oakfield Drive, Suite 2817, Brandon, FL  33509 or at such other address as the Company or the Holder may designate by ten (10) days' advance written notice to the other parties hereto.

**(e)     Modification; Waiver.**  No modification or waiver of any provision of this Note or consent to departure therefrom shall be effective without the written consent of the Company and the Holder and then shall be effective only in the specific instance and for the specific purpose for

which it was given. The right to plead any and all statutes of limitations as a defense to any demands hereunder is hereby waived to the full extent permitted by law. Company waives demand for payment, presentment, protest, notice of protest and notice of dishonor, diligence in collection, nonpayment, all pleas of division and discussion and all like notices. Company further agrees that no extension of time for payment, nor any delay in enforcing any rights granted to Holder, will cause Holder to lose any rights under this Note or in any way limit or release the obligations of Company hereunder. Company further agrees that, should any default event occur or exist under this Note, any waiver or forbearance on the part of Holder to pursue the rights and remedies available to Holder, shall be binding upon Holder only to the extent that Holder specifically agrees to any such waiver or forbearance in writing. A waiver or forbearance on the part of Holder as to one default event shall not be construed as a waiver or forbearance as to any other default.

**(f)** **Attorney's Fees.** In the event that any suit or action is instituted under or in relation to this Note, including, without limitation, to enforce any provision in this Note, the prevailing party in such dispute shall be entitled to recover from the losing party all fees, costs and expenses of enforcing any right of such prevailing party under or with respect to this Note, including, without limitation, such reasonable fees and expenses of attorneys and accountants, which shall include, without limitation, all fees, costs and expenses of appeals.

**(g)** **Construction and Interpretation.** The Company and Holder have participated jointly in the negotiation and drafting of this Note and each party has been represented by its own legal counsel. In the event an ambiguity or question of intent or interpretation arises, this Note shall be construed as if drafted jointly by the parties and no presumption or burden of proof shall arise favoring or disfavoring any party by virtue of the authorship of any of the provisions of this Note.

**COMPANY AND HOLDER (BY HIS/HER ACCEPTANCE HEREOF) HEREBY VOLUNTARILY, KNOWINGLY, IRREVOCABLY AND UNCONDITIONALLY WAIVE ANY RIGHT TO HAVE A JURY PARTICIPATE IN RESOLVING ANY DISPUTE (WHETHER BASED ON CONTRACT, TORT OR OTHERWISE) BETWEEN COMPANY AND HOLDER ARISING OUT OF, OR IN ANY WAY RELATED TO, THIS NOTE. THIS PROVISION IS A MATERIAL INDUCEMENT FOR PAYEE TO ENTER INTO THIS NOTE.**

IN WITNESS WHEREOF, the parties have executed this BRIDGE PROMISSORY NOTE as of the date first written above.

DIGITAL EARTH MEDIA INC.

By:_____*Eric Ralls*_____

Name: Eric Ralls

Title:

[Signature Page to Bridge Promissory Note]

**IN WITNESS WHEREOF**, the parties have executed this **BRIDGE PROMISSORY NOTE** as of the date first written above.


**HI INVESTMENTS, LLC**

By: _____

Name: Vernon Decosssas

Title: Manager

Exhibit 5
Page 6 of 20

**Statement of Account**
0760132313

TIAA Bank

EARTH.COM INC
473 W COLORADO AVE
TELLURIDE CO 81435-3740

September 30, 2021
Days in stmt period: 30
(0 )
Page  1 of  13

Direct Inquiries to:
888-882-3837

TIAA Bank
PO Box 1284
Charlotte, NC 28201-1284

## Summary of Account Balance

| Account | Number | Ending Balance |
|---|---|---|
| Business Checking | ████2313 | $1,630.71 |



**TIAA Bank**

**Statement of Account**

▓▓▓2313
Earth.com Inc
Page  2 of  13

## Business Checking  0760132313

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 08-31 | Beginning balance | | | $-5.86 |
| 09-01 | #Wire Transfer-IN | 62,500.00 | | 62,494.14 |
| | VHD II HOLDINGS LLVHD II HOLDINGS LLC | | | |
| 09-01 | #Wire Transfer-IN | 62,500.00 | | 124,994.14 |
| | GGF II HOLDINGS LLGGF II HOLDINGS LLC | | | |
| 09-01 | #Wire Transfer Out | | -10,000.00 | 114,994.14 |
| | APERTURA SRLCOMMUNAPERTURA SRL | | | |
| 09-01 | #Service Charge | | -25.00 | 114,969.14 |
| | WIRE TRANSFER OUT | | | |
| 09-01 | #Wire Transfer Out | | -5,000.00 | 109,969.14 |
| | Samantha SchulzWELSamantha Schulz | | | |
| 09-01 | #Service Charge | | -25.00 | 109,944.14 |
| | WIRE TRANSFER OUT | | | |
| 09-01 | #Wire Transfer Out | | -2,000.00 | 107,944.14 |
| | Christina SextonBAChristina Sexton | | | |
| 09-01 | #Service Charge | | -25.00 | 107,919.14 |
| | WIRE TRANSFER OUT | | | |
| 09-01 | #Wire Transfer Out | | -900.00 | 107,019.14 |
| | Cameron LintonWELLCameron Linton | | | |
| 09-01 | #Service Charge | | -25.00 | 106,994.14 |
| | WIRE TRANSFER OUT | | | |
| 09-01 | #Wire Transfer Out | | -880.00 | 106,114.14 |
| | Cameron LintonWELLCameron Linton | | | |
| 09-01 | #Service Charge | | -25.00 | 106,089.14 |
| | WIRE TRANSFER OUT | | | |
| 09-01 | #Wire Transfer Out | | -650.00 | 105,439.14 |
| | Linda CastlesonU SLinda Castleson | | | |
| 09-01 | #Service Charge | | -25.00 | 105,414.14 |
| | WIRE TRANSFER OUT | | | |
| 09-01 | #Wire Transfer Out | | -640.00 | 104,774.14 |
| | Linda CastlesonU SLinda Castleson | | | |
| 09-01 | #Service Charge | | -25.00 | 104,749.14 |
| | WIRE TRANSFER OUT | | | |
| 09-01 | #Internal Transfer Dr | | -5,000.00 | 99,749.14 |
| 09-01 | #Bob Internal Trsfr D | | -1,000.00 | 98,749.14 |
| | REF 2441309L FUNDS TRANSFER TO DEP 760132178 FROM | | | |
| 09-01 | #Preauthorized Debit | | -618.00 | 98,131.14 |
| | DELL BUSINESS CR PAYMENT 210901 | | | |
| 09-02 | Check  ▓▓4872 | | -2,493.11 | 95,638.03 |
| 09-02 | Check  ▓▓0578 | | -3,323.04 | 92,314.99 |
| 09-02 | #Wire Transfer Out | | -10,000.00 | 82,314.99 |
| | APERTURA SRLCOMMUNAPERTURA SRL | | | |
| 09-02 | #Service Charge | | -25.00 | 82,289.99 |
| | WIRE TRANSFER OUT | | | |
| 09-02 | #Wire Transfer Out | | -1,000.00 | 81,289.99 |
| | Christina SextonBAChristina Sexton | | | |
| 09-02 | #Service Charge | | -25.00 | 81,264.99 |
| | WIRE TRANSFER OUT | | | |

| Number | Date | Amount |
|--------|------|--------|
| 99634872 | 09-02 | 2,493.11 |
| 99640578 * | 09-02 | 3,323.04 |
| 99643326 * | 09-14 | 3,777.45 |

*Skip in check sequence*



Exhibit 5
Page 8 of 20

220PPNOTC PPDPNTA20210930000000000000

**TIAA Bank**

## Statement of Account

▮▮▮▮2313

Earth.com Inc

Page 3 of 13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-02 | #Bob Internal Trsfr D<br>REF 2451631L FUNDS TRANSFER TO<br>DEP 760132178 FROM | | -1,000.00 | 80,264.99 |
| 09-02 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 405523<br>AT T 1X 800 331 0 TX<br>09-01-21 SEQ # 124528812475 | | -634.28 | 79,630.71 |
| 09-02 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 479338<br>STK Shutterstock 866 66339 NY<br>09-02-21 SEQ # 124426000895 | | -259.33 | 79,371.38 |
| 09-02 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 401134<br>JARVIS CONVERSIO N AI CONVERSIO TX<br>09-01-21 SEQ # 124528000003 | | -109.00 | 79,262.38 |
| 09-02 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 258WN56H1 Amzn com WA<br>09-01-21 SEQ # 124424100729 | | -54.00 | 79,208.38 |
| 09-02 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 443099<br>DNH GODADDY COM https: w AZ<br>09-01-21 SEQ # 124520400905 | | -7.99 | 79,200.39 |
| 09-02 | #Preauthorized Debit<br>CAPITAL ONE ONLINE PMT<br>210901 3GJF4LWK9MECOQA | | -3,000.00 | 76,200.39 |
| 09-02 | #Preauthorized Debit<br>GM Financial GMF Pymt<br>210902 | | -1,008.70 | 75,191.69 |
| 09-03 | #Account Credit<br>INCOMING EUR WIRE | 533.64 | | 75,725.33 |
| 09-03 | #Wire Transfer Out<br>APERTURA SRLCOMMUNAPERTURA SRL | | -10,000.00 | 65,725.33 |
| 09-03 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 65,700.33 |
| 09-03 | #Wire Transfer Out<br>Coast Property EntCoast Property Ent<br>erprises LLC | | -9,000.00 | 56,700.33 |
| 09-03 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 56,675.33 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 405523<br>APPLE CASH 1INFINITE CA<br>09-02-21 SEQ # 124627400637 | | -3,000.00 | 53,675.33 |
| 09-03 | #Bob Internal Trsfr D<br>REF 2460642L FUNDS TRANSFER TO<br>DEP 760132178 FROM | | -2,500.00 | 51,175.33 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449216<br>OPTIMOTIVE HTTPSOPTI OR<br>09-02-21 SEQ # 124529000017 | | -2,500.00 | 48,675.33 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 475542<br>DAY LAW FIRM 602 25844 AZ<br>09-02-21 SEQ # 124621132466 | | -2,000.00 | 46,675.33 |



Exhibit 5
Page 9 of 20

220PPNOTC PPDPNTA20210930000000000000

**TIAA Bank**

**Statement of Account**
████ 2313
Earth.com Inc
Page 4 of 13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 424818<br>VENMO* VISA DIRE NY<br>09-03-21 SEQ # 124604279240 | | -900.00 | 45,775.33 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 424818<br>VENMO* VISA DIRE NY<br>09-03-21 SEQ # 124604279316 | | -900.00 | 44,875.33 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>DTV DIRECTV SERVICE 800 347 3 CA<br>09-02-21 SEQ # 124523100260 | | -655.33 | 44,220.00 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 409909112R EF 165 08534 CA<br>09-02-21 SEQ # 124524004384 | | -309.00 | 43,911.00 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 255427J22 Amzn com WA<br>09-02-21 SEQ # 124521100496 | | -41.55 | 43,869.45 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>Audible 257UN7DQ0 Amzn com NJ<br>09-02-21 SEQ # 124523100293 | | -37.28 | 43,832.17 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 250PH1JZ2 Amzn com WA<br>09-02-21 SEQ # 124525100421 | | -34.26 | 43,797.91 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 257ET9DX0 Amzn com WA<br>09-02-21 SEQ # 124527100431 | | -32.72 | 43,765.19 |
| 09-03 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>DNH GODADDY COM 480 505 8 AZ<br>09-02-21 SEQ # 124521100609 | | -7.17 | 43,758.02 |
| 09-03 | #Preauthorized Debit<br>San Miguel Power WEB PMTS<br>210903 KYZS3H | | -804.00 | 42,954.02 |
| 09-03 | #Preauthorized Debit<br>DISCOVER PAYMENTS<br>210903 | | -575.00 | 42,379.02 |
| 09-03 | #Preauthorized Debit<br>OPTUM RMHP PREMIUM<br>210903 | | -559.20 | 41,819.82 |
| 09-03 | #Preauthorized Debit<br>CHASE CREDIT CRD EPAY<br>210903 | | -500.00 | 41,319.82 |
| 09-07 | #Wire Transfer Out<br>Cooley LLPWELLS FACooley LLP | | -20,000.00 | 21,319.82 |
| 09-07 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 21,294.82 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449216<br>OPTIMOTIVE HTTPSOPTI OR<br>09-03-21 SEQ # 124622000017 | | -2,500.00 | 18,794.82 |



**TIAA Bank**

**Statement of Account**
0760132313
Earth.com Inc
Page 5 of 13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449216<br>OPTIMOTIVE HTTPSOPTI OR<br>09-04-21 SEQ # 124727000020 | | -2,500.00 | 16,294.82 |
| 09-07 | #Bob Internal Trsfr D<br>REF 2470932L FUNDS TRANSFER TO<br>DEP 760132178 FROM | | -1,500.00 | 14,794.82 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>IN WEEDS LLC 970 70810 CO<br>09-05-21 SEQ # 124826100912 | | -978.55 | 13,816.27 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 443099<br>DNH GODADDY COM https: w AZ<br>09-05-21 SEQ # 124927400909 | | -940.55 | 12,875.72 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 424818<br>VENMO* VISA DIRE NY<br>09-04-21 SEQ # 124708378256 | | -900.00 | 11,975.72 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 424818<br>VENMO* VISA DIRE NY<br>09-04-21 SEQ # 124707334957 | | -620.00 | 11,355.72 |
| 09-07 | #Internal Transfer Dr | | -500.00 | 10,855.72 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 410296894R EF 165 08534 CA<br>09-06-21 SEQ # 124828008427 | | -309.00 | 10,546.72 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 424818<br>VENMO* VISA DIRE NY<br>09-07-21 SEQ # 125012205434 | | -235.00 | 10,311.72 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>SECOND CHANCE HUMANE S ADOPTMOUN CO<br>09-03-21 SEQ # 124620637846 | | -102.56 | 10,209.16 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>WORLD WILDLIFE FND WWW WORLD DC<br>09-06-21 SEQ # 124927637883 | | -100.00 | 10,109.16 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449216<br>BRAND24 COM HTTPSBRAN FL<br>09-04-21 SEQ # 124724000024 | | -99.00 | 10,010.16 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>INTUIT CL INTUIT CA<br>09-05-21 SEQ # 124824100516 | | -70.00 | 9,940.16 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420847<br>WRITESONIC GROWTH GB ENG XX<br>09-03-21 SEQ # 124670000005 | | -35.60 | 9,904.56 |
| 09-07 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 250AF3P52 Amzn com WA<br>09-05-21 SEQ # 124829100844 | | -17.06 | 9,887.50 |


EQUAL HOUSING LENDER    FDIC

**TIAA** Bank

### Statement of Account

▇▇▇2313
Earth.com Inc
Page 6 of 13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-07 | #Preauthorized Debit<br>APPLECARD GSBANK PAYMENT<br>210907 | | -1,540.41 | 8,347.09 |
| 09-07 | #Preauthorized Debit<br>DELL PREFERRED SSSNENT<br>210907 | | -63.00 | 8,284.09 |
| 09-08 | #Wire Transfer-IN<br>KAREN L O'NEAL,ROBKAREN L O'NEAL,ROB<br>ERT J O'NEAL,TEN | 250,000.00 | | 258,284.09 |
| 09-08 | #Wire Transfer Out<br>Cooley LLPWELLS FACooley LLP | | -69,871.75 | 188,412.34 |
| 09-08 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 188,387.34 |
| 09-08 | #Wire Transfer Out<br>APERTURA SRLCOMMUNAPERTURA SRL | | -10,000.00 | 178,387.34 |
| 09-08 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 178,362.34 |
| 09-08 | #Wire Transfer Out<br>Samantha SchulzWELSamantha Schulz | | -10,000.00 | 168,362.34 |
| 09-08 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 168,337.34 |
| 09-08 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 2G7SF64G1 Amzn com WA<br>09-07-21 SEQ # 125022100370 | | -29.95 | 168,307.39 |
| 09-08 | #Preauthorized Debit<br>APPLECARD GSBANK PAYMENT<br>210908 | | -370.68 | 167,936.71 |
| 09-09 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449216<br>OPTIMOTIVE HTTPSOPTI OR<br>09-08-21 SEQ # 125124000024 | | -2,500.00 | 165,436.71 |
| 09-09 | #Bob Internal Trsfr D<br>REF 2521710L FUNDS TRANSFER TO<br>DEP 760132178 FROM | | -2,000.00 | 163,436.71 |
| 09-09 | #Bob Internal Trsfr D<br>REF 2521720L FUNDS TRANSFER TO<br>DEP 760132178 FROM | | -1,000.00 | 162,436.71 |
| 09-09 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 411505348R EF 165 08534 CA<br>09-08-21 SEQ # 125123003940 | | -309.00 | 162,127.71 |
| 09-09 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 424818<br>VENMO* VISA DIRE NY<br>09-09-21 SEQ # 125210134634 | | -225.00 | 161,902.71 |
| 09-09 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 411505465R EF 165 08534 CA<br>09-08-21 SEQ # 125125003954 | | -103.00 | 161,799.71 |
| 09-09 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 411505200R EF 165 08534 CA<br>09-08-21 SEQ # 125128003920 | | -103.00 | 161,696.71 |



Exhibit 5
Page 12 of 20

220PPNOTC PPDPNTA20210930000000000000

## Statement of Account

████ 2313
Earth.com Inc
Page 7 of 13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-09 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US 2G4JQ3N21 Amzn com WA 09-08-21 SEQ # 125125100090 | | -39.77 | 161,656.94 |
| 09-09 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 469216 AMZN Mktp US 259LR5BE2 Amzn com WA 09-08-21 SEQ # 125120100973 | | -33.00 | 161,623.94 |
| 09-09 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 443106 AMAZON COM 2G1JX7N41 AMZAMZN COM WA 09-08-21 SEQ # 125120083335 | | -14.97 | 161,608.97 |
| 09-10 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 449216 OPTIMOTIVE HTTPSOPTI OR 09-09-21 SEQ # 125221000015 | | -2,500.00 | 159,108.97 |
| 09-10 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 469216 IN WEEDS LLC 970 70810 CO 09-09-21 SEQ # 125220100857 | | -510.00 | 158,598.97 |
| 09-10 | #Internal Transfer Dr | | -500.00 | 158,098.97 |
| 09-10 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 414572 DENVER AIR CONNECTION 303 76896 CO 09-09-21 SEQ # 125224900011 | | -450.00 | 157,648.97 |
| 09-10 | #Preauthorized Debit The Law Office o eCheck 210910 000000001694139 | | -5,000.00 | 152,648.97 |
| 09-10 | #Preauthorized Debit APPLECARD GSBANK PAYMENT 210910 | | -500.00 | 152,148.97 |
| 09-10 | #Preauthorized Debit APPLECARD GSBANK PAYMENT 210910 | | -500.00 | 151,648.97 |
| 09-13 | #Mobile Dep Capture | 2,636.47 | | 154,285.44 |
| 09-13 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 449216 OPTIMOTIVE HTTPSOPTI OR 09-10-21 SEQ # 125329000032 | | -2,500.00 | 151,785.44 |
| 09-13 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 414572 DENVER AIR CONNECTION 303 76896 CO 09-12-21 SEQ # 125524900011 | | -483.99 | 151,301.45 |
| 09-13 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 469216 UNITED 016236 739673800 932 2 TX 09-11-21 SEQ # 125527100854 | | -438.40 | 150,863.05 |
| 09-13 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 449215 COPYAI PREMIUM HTTPSWWW TN 09-12-21 SEQ # 125623637967 | | -147.00 | 150,716.05 |
| 09-13 | #POS Credit Purchase MERCHANT PURCHASE TERMINAL 469216 UNITED 016994 226292800 932 2 TX 09-11-21 SEQ # 125520100854 | | -23.00 | 150,693.05 |



**TIAA Bank**

## Statement of Account

▮▮▮2313

Earth.com Inc

Page 8 of 13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-13 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 258lE2SB2 Amzn com WA<br>09-10-21 SEQ # 125320100522 | | -18.69 | 150,674.36 |
| 09-13 | #Preauthorized Debit<br>CHASE CREDIT CRD EPAY<br>210913 | | -500.00 | 150,174.36 |
| 09-13 | #Preauthorized Debit<br>APPLECARD GSBANK PAYMENT<br>210913 | | -500.00 | 149,674.36 |
| 09-13 | #Preauthorized Debit<br>APPLECARD GSBANK PAYMENT<br>210913 | | -500.00 | 149,174.36 |
| 09-13 | #Preauthorized Debit<br>NEW YORK LIFE INS. PREM.<br>210913 | | -251.86 | 148,922.50 |
| 09-13 | #Preauthorized Debit<br>BLACK HILLS ENRG UTIL BILL<br>210913 | | -55.87 | 148,866.63 |
| 09-14 | Check ▮▮▮3326 | | -3,777.45 | 145,089.18 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 412977083R EF 165 08534 CA<br>09-14-21 SEQ # 125723000652 | | -412.00 | 144,677.18 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>Amazon com 2G2TK9MO1 Amzn com WA<br>09-13-21 SEQ # 125629100871 | | -236.89 | 144,440.29 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>SOUTHWES 526143 065005800 435 9 TX<br>09-12-21 SEQ # 125623100739 | | -197.96 | 144,242.33 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 2G1W98MM1 Amzn com WA<br>09-13-21 SEQ # 125620100774 | | -131.14 | 144,111.19 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 412977007R EF 165 08534 CA<br>09-14-21 SEQ # 125729000641 | | -103.00 | 144,008.19 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 443099<br>DNH GODADDY COM https: w AZ<br>09-13-21 SEQ # 125723400907 | | -74.97 | 143,933.22 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 427539<br>TELLURIDE EXPRESS 970 72860 CO<br>09-13-21 SEQ # 125620900019 | | -68.20 | 143,865.02 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 2G5M66XQ0 Amzn com WA<br>09-13-21 SEQ # 125628100758 | | -30.11 | 143,834.91 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 2G1AJ6MF1 Amzn com WA<br>09-13-21 SEQ # 125626100797 | | -27.95 | 143,806.96 |



## Statement of Account

**▮▮▮▮2313**
Earth.com Inc
Page 9 of 13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>SWA EARLYBRD526990060144800 435 9 TX<br>09-12-21 SEQ # 125621100739 | | -20.00 | 143,786.96 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>SWA EARLYBRD526990060144800 435 9 TX<br>09-12-21 SEQ # 125629100739 | | -20.00 | 143,766.96 |
| 09-14 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 2G7WT1XZ0 Amzn com WA<br>09-13-21 SEQ # 125620100766 | | -12.46 | 143,754.50 |
| 09-14 | #Preauthorized Debit<br>APPLECARD GSBANK PAYMENT<br>210914 | | -1,456.88 | 142,297.62 |
| 09-15 | #Internal Transfer Dr<br>TRANSFER TO DEPOSIT ACCOUNT<br>00760133123 | | -5,000.00 | 137,297.62 |
| 09-15 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 443099<br>DNH GODADDY COM https: w AZ<br>09-14-21 SEQ # 125828400908 | | -263.53 | 137,034.09 |
| 09-15 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>UBER TRIP HELP UBER CA<br>09-15-21 SEQ # 125827719555 | | -15.94 | 137,018.15 |
| 09-15 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>UBER TRIP HELP UBER CA<br>09-15-21 SEQ # 125822717566 | | -14.96 | 137,003.19 |
| 09-16 | #Wire Transfer Out<br>Christina SextonBAChristina Sexton | | -2,500.00 | 134,503.19 |
| 09-16 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 134,478.19 |
| 09-16 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 443106<br>CAPITAL GRILLE 0138018 DENVER CO<br>09-14-21 SEQ # 125828400552 | | -330.52 | 134,147.67 |
| 09-16 | #Internal Transfer Dr | | -300.00 | 133,847.67 |
| 09-16 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 424818<br>VENMO* VISA DIRE NY<br>09-16-21 SEQ # 125911479562 | | -225.00 | 133,622.67 |
| 09-16 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449215<br>UBER TRIP HELP UBER CA<br>09-15-21 SEQ # 125827717605 | | -49.14 | 133,573.53 |
| 09-16 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 443106<br>AMAZON COM 2G3UX84F2 AMZAMZN COM WA<br>09-15-21 SEQ # 125829083717 | | -40.44 | 133,533.09 |
| 09-16 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZN Mktp US 2G51P0492 Amzn com WA<br>09-15-21 SEQ # 125827100236 | | -19.92 | 133,513.17 |
| 09-17 | #Wire Transfer Out<br>Linda CastlesonU SLinda Castleson | | -1,155.00 | 132,358.17 |



**TIAA Bank**

**Statement of Account**

██████2313

Earth.com Inc

Page 10 of 13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-17 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 132,333.17 |
| 09-17 | #Misc Account Debit<br>VCC DISPUTE PROVISIONAL CREDIT<br>REVERSAL | | -1,255.95 | 131,077.22 |
| 09-17 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449398<br>HALCYON CHERRY CREEK DENVER CO<br>09-15-21 SEQ # 125928722549 | | -1,293.22 | 129,784.00 |
| 09-17 | #Bob Internal Trsfr D<br>REF 2600848L FUNDS TRANSFER TO<br>DEP 760132178 FROM | | -1,000.00 | 128,784.00 |
| 09-17 | #Preauthorized Debit<br>APPLECARD GSBANK PAYMENT<br>210917 | | -2,022.26 | 126,761.74 |
| 09-20 | #Wire Transfer Out<br>Cooley LLPWELLS FACooley LLP | | -5,149.35 | 121,612.39 |
| 09-20 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 121,587.39 |
| 09-20 | #Wire Transfer Out<br>Cameron LintonWELLCameron Linton | | -1,584.00 | 120,003.39 |
| 09-20 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 119,978.39 |
| 09-20 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 414572<br>DENVER AIR CONNECTION 303 76896 CO<br>09-16-21 SEQ # 126020900012 | | -450.00 | 119,528.39 |
| 09-20 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>SQ THE NATIONAL Telluride CO<br>09-16-21 SEQ # 126023100454 | | -433.61 | 119,094.78 |
| 09-20 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 426979<br>DALTON MOUNTAIN GEAR JTELLURIDE CO<br>09-16-21 SEQ # 126025500637 | | -293.36 | 118,801.42 |
| 09-20 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>AMZ Succulents Box pay amazo CA<br>09-17-21 SEQ # 126028100680 | | -84.05 | 118,717.37 |
| 09-20 | #Preauthorized Debit<br>APPLECARD GSBANK PAYMENT<br>210920 | | -278.11 | 118,439.26 |
| 09-21 | #Wire Transfer Out<br>Emory Shawn RallsJEmory Shawn Ralls | | -10,000.00 | 108,439.26 |
| 09-21 | #Service Charge<br>WIRE TRANSFER OUT | | -25.00 | 108,414.26 |
| 09-21 | #Bob Internal Trsfr D<br>REF 2641556L FUNDS TRANSFER TO<br>DEP 760133123 FROM | | -100,000.00 | 8,414.26 |
| 09-21 | #Internal Transfer Dr | | -1,000.00 | 7,414.26 |
| 09-21 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 414744513R EF 165 08534 CA<br>09-21-21 SEQ # 126322404732 | | -515.00 | 6,899.26 |
| 09-21 | #Internal Transfer Dr | | -500.00 | 6,399.26 |



**TIAA** Bank

**Statement of Account**

▉▉▉▉2313

Earth.com Inc

Page  11 of  13

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 09-21 | **#POS Credit Purchase** | | -380.00 | 6,019.26 |
| | MERCHANT PURCHASE TERMINAL 424818 | | | |
| | VENMO* VISA DIRE NY | | | |
| | 09-21-21 SEQ # 126408612313 | | | |
| 09-21 | **#POS Credit Purchase** | | -206.00 | 5,813.26 |
| | MERCHANT PURCHASE TERMINAL 420429 | | | |
| | Upwork 414744575R EF 165 08534 CA | | | |
| | 09-21-21 SEQ # 126329406886 | | | |
| 09-21 | **#POS Credit Purchase** | | -103.00 | 5,710.26 |
| | MERCHANT PURCHASE TERMINAL 420429 | | | |
| | Upwork 414744636R EF 165 08534 CA | | | |
| | 09-21-21 SEQ # 126322406891 | | | |
| 09-21 | **#POS Credit Purchase** | | -79.23 | 5,631.03 |
| | MERCHANT PURCHASE TERMINAL 449215 | | | |
| | SLACK T2QT7ECE8 HTTPSSLAC CA | | | |
| | 09-20-21 SEQ # 126328637057 | | | |
| 09-21 | **#POS Credit Purchase** | | -53.24 | 5,577.79 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | APPLE COM US 800 676 2 CA | | | |
| | 09-21-21 SEQ # 126423100441 | | | |
| 09-22 | **#POS Credit Purchase** | | -1,000.00 | 4,577.79 |
| | MERCHANT PURCHASE TERMINAL 424818 | | | |
| | VENMO* VISA DIRE NY | | | |
| | 09-22-21 SEQ # 126509144066 | | | |
| 09-22 | **#Internal Transfer Dr** | | -250.00 | 4,327.79 |
| 09-22 | **#POS Pin Purchase** | | -25.00 | 4,302.79 |
| | POS PURCHASE TERMINAL 64920887 | | | |
| | GOOGLE *PLAY MOUNTAIN CA | | | |
| | 09-21-21 11:09 AM SEQ # 092111254372 | | | |
| 09-23 | **#POS Credit Purchase** | | -900.00 | 3,402.79 |
| | MERCHANT PURCHASE TERMINAL 424818 | | | |
| | VENMO* VISA DIRE NY | | | |
| | 09-23-21 SEQ # 126609370771 | | | |
| 09-23 | **#POS Credit Purchase** | | -558.99 | 2,843.80 |
| | MERCHANT PURCHASE TERMINAL 414572 | | | |
| | DENVER AIR CONNECTION 303 76896 CO | | | |
| | 09-22-21 SEQ # 126525900013 | | | |
| 09-23 | **#POS Credit Purchase** | | -197.39 | 2,646.41 |
| | MERCHANT PURCHASE TERMINAL 443106 | | | |
| | AMAZON COM 2C7R05LS1 AMZAMZN COM WA | | | |
| | 09-22-21 SEQ # 126624083304 | | | |
| 09-23 | **#POS Credit Purchase** | | -131.55 | 2,514.86 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | AMZN Mktp US 2C7L84OC0 Amzn com WA | | | |
| | 09-22-21 SEQ # 126526100607 | | | |
| 09-23 | **#Preauthorized Debit** | | -230.21 | 2,284.65 |
| | APPLECARD GSBANK PAYMENT | | | |
| | 210923 | | | |
| 09-24 | **#POS Credit Purchase** | | -650.00 | 1,634.65 |
| | MERCHANT PURCHASE TERMINAL 424818 | | | |
| | VENMO* VISA DIRE NY | | | |
| | 09-23-21 SEQ # 126620384045 | | | |
| 09-24 | **#POS Credit Purchase** | | -239.76 | 1,394.89 |
| | MERCHANT PURCHASE TERMINAL 443099 | | | |
| | DNH GODADDY COM https: w AZ | | | |
| | 09-23-21 SEQ # 126720400907 | | | |



**TIAA Bank**

**Statement of Account**

████████2313

Earth.com Inc

Page  12 of  13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-24 | #POS Credit Purchase | | -59.00 | 1,335.89 |
| | MERCHANT PURCHASE TERMINAL 408342 | | | |
| | WWW COPYSMITH AI EDMONTON XX | | | |
| | 09-23-21 SEQ # 126773000000 | | | |
| 09-24 | #POS Credit Purchase | | -35.60 | 1,300.29 |
| | MERCHANT PURCHASE TERMINAL 420847 | | | |
| | WRITESONIC GROWTH GB ENG XX | | | |
| | 09-23-21 SEQ # 126775000001 | | | |
| 09-24 | #POS Credit Purchase | | -29.38 | 1,270.91 |
| | MERCHANT PURCHASE TERMINAL 449215 | | | |
| | UBER EATS HELP UBER CA | | | |
| | 09-24-21 SEQ # 126727719452 | | | |
| 09-24 | #POS Credit Purchase | | -6.37 | 1,264.54 |
| | MERCHANT PURCHASE TERMINAL 449215 | | | |
| | UBER EATS HELP UBER CA | | | |
| | 09-24-21 SEQ # 126723717456 | | | |
| 09-27 | #POS Credit Purchase | | -139.00 | 1,125.54 |
| | MERCHANT PURCHASE TERMINAL 469216 | | | |
| | SOUTHWES 526143 551380800 435 9 TX | | | |
| | 09-25-21 SEQ # 126928100628 | | | |
| 09-28 | #Bob Internal Trsfr C | 13,000.00 | | 14,125.54 |
| | REF 2710742L FUNDS TRANSFER FRM | | | |
| | DEP 760133123 FROM | | | |
| 09-28 | #Wire Transfer-IN | 341.15 | | 14,466.69 |
| | NEXTMILLENNIUMMEDINEXTMILLENNIUMMEDI | | | |
| | A | | | |
| 09-28 | #Wire Transfer Out | | -9,000.00 | 5,466.69 |
| | Coast Property EntCoast Property Ent | | | |
| | erprises LLC | | | |
| 09-28 | #Service Charge | | -25.00 | 5,441.69 |
| | WIRE TRANSFER OUT | | | |
| 09-28 | #Internal Transfer Dr | | -1,000.00 | 4,441.69 |
| 09-28 | #POS Credit Purchase | | -515.00 | 3,926.69 |
| | MERCHANT PURCHASE TERMINAL 420429 | | | |
| | Upwork 416004365R EF 165 08534 CA | | | |
| | 09-27-21 SEQ # 127021331284 | | | |
| 09-28 | #POS Credit Purchase | | -143.37 | 3,783.32 |
| | MERCHANT PURCHASE TERMINAL 443106 | | | |
| | AMZN MKTP US 2C8TP10Q0 AAMZN COM WA | | | |
| | 09-27-21 SEQ # 127026083724 | | | |
| 09-28 | #POS Credit Purchase | | -109.00 | 3,674.32 |
| | MERCHANT PURCHASE TERMINAL 401134 | | | |
| | JARVIS CONVERSIO N AI CONVERSIO TX | | | |
| | 09-27-21 SEQ # 127020000022 | | | |
| 09-28 | #POS Credit Purchase | | -100.00 | 3,574.32 |
| | MERCHANT PURCHASE TERMINAL 449215 | | | |
| | WORLD WILDLIFE FND WWW WORLD DC | | | |
| | 09-27-21 SEQ # 127026637140 | | | |
| 09-28 | #POS Credit Purchase | | -99.00 | 3,475.32 |
| | MERCHANT PURCHASE TERMINAL 449216 | | | |
| | BRAND24 COM HTTPSBRAN FL | | | |
| | 09-27-21 SEQ # 127026000013 | | | |
| 09-28 | #POS Credit Purchase | | -27.68 | 3,447.64 |
| | MERCHANT PURCHASE TERMINAL 426979 | | | |
| | AMYS DRIVE THRU SFO 11SAN FRANC CA | | | |
| | 09-26-21 SEQ # 127029500641 | | | |



Exhibit 5
Page 18 of 20

**TIAA Bank**

**Statement of Account**
0760132313
Earth.com Inc
Page  13 of  13

| Date | Description | Additions | Subtractions | Balance |
|------|-------------|-----------|--------------|---------|
| 09-28 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 415996928R EF 165 08534 CA<br>09-27-21 SEQ # 127021329529 | | -20.60 | 3,427.04 |
| 09-28 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 431605<br>SHELL OIL 57444679005 S SAN FRA CA<br>09-26-21 SEQ # 127028548753 | | -13.96 | 3,413.08 |
| 09-29 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 443565<br>AAA COLORADO DENVER CO<br>09-28-21 SEQ # 127221200199 | | -84.50 | 3,328.58 |
| 09-29 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 449216<br>DLVR IT HTTPSDLVR OR<br>09-28-21 SEQ # 127129000022 | | -9.99 | 3,318.59 |
| 09-29 | #Preauthorized Debit<br>CAPITAL ONE ONLINE PMT<br>210928 3GP4188765RMN8Y | | -1,000.00 | 2,318.59 |
| 09-30 | #Bob Internal Trsfr C<br>REF 2732108L FUNDS TRANSFER FRM<br>DEP 760133123 FROM | 1,500.00 | | 3,818.59 |
| 09-30 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 469216<br>APPLE COM US 800 676 2 CA<br>09-30-21 SEQ # 127328100292 | | -1,520.01 | 2,298.58 |
| 09-30 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 479338<br>STK Shutterstock 866 66339 NY<br>09-30-21 SEQ # 127224000749 | | -259.33 | 2,039.25 |
| 09-30 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 416865471R EF 165 08534 CA<br>09-29-21 SEQ # 127228006496 | | -185.40 | 1,853.85 |
| 09-30 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 416868632R EF 165 08534 CA<br>09-29-21 SEQ # 127221006744 | | -103.00 | 1,750.85 |
| 09-30 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 420429<br>Upwork 416925757R EF 165 08534 CA<br>09-30-21 SEQ # 127325001215 | | -82.40 | 1,668.45 |
| 09-30 | #POS Credit Purchase<br>MERCHANT PURCHASE TERMINAL 443106<br>AMAZON COM 2C1RT2570 AMZAMZN COM WA<br>09-29-21 SEQ # 127223083322 | | -37.74 | 1,630.71 |
| 09-30 | **Ending totals** | **393,011.26** | **-391,374.69** | **$1,630.71** |

| | Total for<br>this period | Total<br>year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |



Exhibit 5
Page 19 of 20

220PPNOTC PPDPNTA20210930000000000000

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS: Call us at
1-888-882-3837 or write us at TIAA Bank, PO Box 1284, Charlotte, NC 28201-1284 as soon as you can,
if you think your statement or receipt is wrong or if you need more information about a transfer listed on
your statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST
statement on which the problem or error appeared.

1.    Tell us your name and account number *(if any)*.
2.    Describe the error or the transfer you are unsure about, and explain as clearly as you can why
      you believe it is an error or why you need more information.
3.    Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business
days to do this, we will credit your account for the amount you think is in error, so that you will have the
use of the money during the time it takes us to complete our investigation.

Exhibit 5
Page 20 of 20

220PPNOTC PPDPNTA2021093000000000000