# <u>EXHIBIT 10</u>

# Earth.com, Inc.

## Balance Sheet

As of June 30, 2021

|  | TOTAL |
|---|---:|
| **ASSETS** |  |
| Current Assets |  |
| Bank Accounts |  |
| Earth.com Alpine Bank | -3,835.36 |
| Earth.com Alpine Bank 7478 | 95,447.59 |
| EarthSnap TIAA Bank 3123 | 6,500.00 |
| EarthSnap US Bank 9381 | 134,000.00 |
| PlantSnap Alpine Checking | 41,000.00 |
| TIAA 2313 Checking | 94,012.06 |
| **Total Bank Accounts** | **$367,124.29** |
| Other Current Assets |  |
| A/R PlantSnap, Inc. | 262,500.00 |
| Uncategorized Asset | 0.00 |
| **Total Other Current Assets** | **$262,500.00** |
| **Total Current Assets** | **$629,624.29** |
| Fixed Assets |  |
| Accumulated Amortization | -4,492.00 |
| App Development & Establishment | 16,500.00 |
| **Total Fixed Assets** | **$12,008.00** |
| **TOTAL ASSETS** | **$641,632.29** |
| **LIABILITIES AND EQUITY** |  |
| Liabilities |  |
| Current Liabilities |  |
| Credit Cards |  |
| Capital One Credit Card | -2,500.00 |
| Chase Credit Card Barrett | -1,416.00 |
| Dell Financial Services | -1,546.00 |
| **Total Credit Cards** | **$ -5,462.00** |
| Other Current Liabilities |  |
| Eric Ralls loan | 1,050.00 |
| Loan Payable | -10,500.00 |
| N/P Earth Snap | -13,250.00 |
| N/P Karen Barrett | 22,443.80 |
| N/P Karen Sweet | 5,000.00 |
| N/P Katherine Marie | 25,000.00 |
| N/P Nations Interbank | -22,004.13 |
| N/P Pat Baker | 200,000.00 |
| N/P PlantSnap. Inc. (deleted) | 762,519.13 |
| N/P William Charles | 200,000.00 |
| **Total Other Current Liabilities** | **$1,170,258.80** |

# Earth.com, Inc.

## Balance Sheet

As of June 30, 2021

| | TOTAL |
|---|---|
| **Total Current Liabilities** | **$1,164,796.80** |
| **Total Liabilities** | **$1,164,796.80** |
| Equity | |
| Opening Balance Equity | 705,000.00 |
| Retained Earnings | -446,540.40 |
| Shareholder Distributions | -364,343.03 |
| Net Income | -417,281.08 |
| **Total Equity** | **$ -523,164.51** |
| **TOTAL LIABILITIES AND EQUITY** | **$641,632.29** |

# Earth.com, Inc.

## Profit and Loss

### January - June, 2021

| | TOTAL |
|---|---|
| Income | |
| Marketing Income | 67,375.88 |
| Marketing Income- PlantSnap | 147,300.00 |
| Sales | 64,355.97 |
| Sales of Product Income | 226.33 |
| Uncategorized Income | 5,210.87 |
| **Total Income** | **$284,469.05** |
| Cost of Goods Sold | |
| App Renewals | 0.01 |
| Web Development | 313,263.72 |
| **Total Cost of Goods Sold** | **$313,263.73** |
| GROSS PROFIT | **$ -28,794.68** |
| Expenses | |
| Accounting | 27,050.00 |
| Advertising & Marketing | 34,127.80 |
| Amazon AWS | 9,019.62 |
| Automobile Expense | 2,097.40 |
| Bank Service Charges | 2,092.60 |
| Charitable Contributions | 675.00 |
| Content | 19,000.00 |
| Contractors | 196,053.60 |
| Dues & Subscriptions | 9.82 |
| Fuel | 93.19 |
| Insurance | 505.83 |
| Auto | 168.61 |
| Health | 1,918.40 |
| Life | 1,118.40 |
| **Total Insurance** | **3,711.24** |
| Insurance Expense | 337.22 |
| Legal & Professional Services | 65,227.02 |
| Meals & Entertainment | 8,655.90 |
| Office Expenses | 11,702.21 |
| Office Supplies & Software | 41,115.29 |
| Other Business Expenses | 31.98 |
| Postage & Shipping | 84.91 |
| Repairs & Maintenance | 200.15 |
| Suspense | -57,224.53 |
| Taxes & Licenses | 1,839.00 |
| Travel | 15,967.66 |
| Uncategorized Expense | 608.56 |
| Utilities | 8,409.81 |

# Earth.com, Inc.

## Profit and Loss

January - June, 2021

| | TOTAL |
|---|---|
| Web Hosting | 2,737.62 |
| **Total Expenses** | **$393,623.07** |
| NET OPERATING INCOME | $ -422,417.75 |
| Other Income | |
| Refunds | 5,136.67 |
| **Total Other Income** | **$5,136.67** |
| NET OTHER INCOME | $5,136.67 |
| NET INCOME | $ -417,281.08 |