# EXHIBIT 14

# FIRST HORIZON

**P.O. BOX 84**
**MEMPHIS, TN 38101**

**SMALL BUSINESS CHECKING**

### CUSTOMER INFORMATION

| | |
|---|---|
| **ACCOUNT NUMBER** | 4530 |
| **STATEMENT DATE** | 03/31/22 |

### CUSTOMER SERVICE INFORMATION

Customer Service: 1-888-382-4968
Visit Us Online: www.firsthorizon.com
Follow Us On Facebook!
Follow Us On Twitter!

00001131 TFTSTRMT040422113511 51 000000000 003 E

HI INVESTMENTS LLC
12103 CLEAR HARBOR DRIVE
TAMPA FL 33626-2574

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 02/28/22 | $146,702.50 |
| 13 DEPOSITS TOTALING | | $173,400.00 |
| 15 WITHDRAWALS TOTALING | | $318,190.00 |
| NEW BALANCE | 03/31/22 | $1,912.50 |

## CHECKING ACCOUNT TRANSACTIONS

**FOR THE PERIOD FROM 03/01/22 THROUGH 03/31/22**

| ACCOUNT HISTORY | | | |
|---|---|---|---|
| **DATE** | **AMOUNT** | **DESCRIPTION** | **CARD #** |
| 03/02 | $146,600.00 | WIRE OUT 220302001665 BOXED JELLIES LLC | 0000 |
| 03/02 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 03/11 | $21,500.00 | ONLINE TRANSFER FROM CHECKING 0008 | 0000 |
| 03/11 | $21,500.00 | ONLINE TRANSFER FROM CHECKING 0210 | 0000 |
| 03/11 | $43,000.00 | WIRE OUT 2202 DIGITAL EARTH MEDI | 0000 |
| 03/11 | $43,000.00 | WIRE IN 5944 DIGITAL EARTH MEDIA | 0000 |
| 03/11 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 03/11 | $15.00 | WIRE TRANSFER FEE | 0000 |
| 03/14 | $43,000.00 | WIRE OUT 1252 DIGITAL EARTH MEDI | 0000 |
| 03/14 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 03/17 | $11,720.00 | ONLINE TRANSFER FROM CHECKING 7834 | 0000 |
| 03/17 | $11,720.00 | ONLINE TRANSFER FROM CHECKING 0210 | 0000 |
| 03/17 | $23,440.00 | WIRE OUT 220317001551 DIGITAL EARTH MEDI | 0000 |
| 03/17 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 03/18 | $10,000.00 | ONLINE TRANSFER FROM CHECKING 0210 | 0000 |
| 03/18 | $10,000.00 | ONLINE TRANSFER FROM CHECKING 0008 | 0000 |
| 03/18 | $1,000.00 | ONLINE TRANSFER FROM CHECKING 0008 | 0000 |
| 03/18 | $1,000.00 | ONLINE TRANSFER FROM CHECKING 0210 | 0000 |
| 03/18 | $20,000.00 | WIRE OUT 220318006414 DIGITAL EARTH MEDI | 0000 |
| 03/18 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 03/22 | $18,500.00 | ONLINE TRANSFER FROM CHECKING 0210 | 0000 |
| 03/22 | $18,500.00 | ONLINE TRANSFER FROM CHECKING 0008 | 0000 |
| 03/22 | $37,000.00 | WIRE OUT 0847 DIGITAL EARTH MEDI | 0000 |
| 03/22 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 03/25 | $2,480.00 | ONLINE TRANSFER FROM CHECKING 0008 | 0000 |

Member FDIC

## EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL OUTSTANDING CHECKS** | | | | | | | | | |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ _____

**STEP 4** Adjust the balance reported on this statement to match your records.

a. BALANCE OF YOUR FUNDS reported on this statement * $ _____

b. ADD the total of any deposits appearing in your check register but not shown on this statement. + _____

c. SUBTOTAL $ _____

d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement. - _____

e. The result is your current balance and should equal the amount in your check register.* $ _____

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

### FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."

2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE

will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.

3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

### BILLING RIGHTS SUMMARY
#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

- Your name and account number · The dollar amount of suspected error · Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### SAVINGS TRANSACTION RECORD

#### INSTRUCTIONS

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT ⟶ | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**FIRST HORIZON**
P.O. BOX 84
MEMPHIS, TN  38101

| SMALL BUSINESS CHECKING |
|---|

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********4530 |
| STATEMENT DATE | 03/31/22 |

HI INVESTMENTS LLC

| ACCOUNT HISTORY (continued) | | | |
|---|---|---|---|
| DATE | AMOUNT | DESCRIPTION | CARD # |
| 03/25 | $2,480.00 | ONLINE TRANSFER FROM CHECKING ███████0210 | 0000 |
| 03/25 | $4,960.00 | WIRE OUT ██████1827 DIGITAL EARTH MEDI | 0000 |
| 03/25 | $25.00 | WIRE TRANSFER FEE | 0000 |

| CHECKING ACCOUNT MONTHLY SUMMARY | |
|---|---|
| AVERAGE LEDGER BALANCE: | $9,793.14 |
| DEPOSITS: | 13 |
| ITEMS DEPOSITED: | 0 |
| WITHDRAWALS: | 15 |
| TRANSACTIONS COUNTED TOWARD LIMIT: | 28 |
| TRANSACTIONS IN EXCESS OF 00000 @ $0.00 each | $0.00 |
| | |
| CURRENCY DEPOSITED | $0.00 |
| CURRENCY DEPOSITED IN EXCESS OF $0.00 (EACH $0.00 @ $0.00 ) | $0.00 |

| DAILY BALANCE SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
| 03/02 | $77.50 | 03/11 | $43,037.50 | 03/14 | $12.50 | 03/17 | -$12.50 |
| 03/18 | $1,962.50 | 03/22 | $1,937.50 | 03/25 | $1,912.50 | | |

| INQUIRY INFORMATION |
|---|
| *ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-888-382-4968. <br> *TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-888-382-4968 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1. <br> *DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-888-382-4968. <br> *YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO: <br> FIRST HORIZON BANK <br> P.O. BOX 84 <br> MEMPHIS, TN  38101 |

Member FDIC

# FIRST HORIZON
**P.O. BOX 84**
**MEMPHIS, TN  38101**

**SMALL BUSINESS CHECKING**

### CUSTOMER INFORMATION

| | |
|---|---|
| **ACCOUNT NUMBER** | ████4530 |
| **STATEMENT DATE** | 06/30/22 |

00001507 TFTSTRMT070122095330 46 000000000 003 E

HI INVESTMENTS LLC
12103 CLEAR HARBOR DRIVE
TAMPA FL 33626-2574

### CUSTOMER SERVICE INFORMATION

📱 **Customer Service:  1-888-382-4968**
🌐 **Visit Us Online:  www.firsthorizon.com**
f **Follow Us On Facebook!**
🐦 **Follow Us On Twitter!**

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 05/31/22 | $1,887.50 |
| 9 DEPOSITS TOTALING | | $166,914.00 |
| 9 WITHDRAWALS TOTALING | | $167,079.00 |
| NEW BALANCE | 06/30/22 | $1,722.50 |

**CHECKING ACCOUNT TRANSACTIONS**                    **FOR THE PERIOD FROM 06/01/22 THROUGH 06/30/22**

| ACCOUNT HISTORY | | | |
|---|---|---|---|
| **DATE** | **AMOUNT** | **DESCRIPTION** | **CARD #** |
| 06/15 | $1,232.00 | ONLINE TRANSFER FROM CHECKING ████0008 | 0000 |
| 06/15 | $1,232.00 | ONLINE TRANSFER FROM CHECKING ████0210 | 0000 |
| 06/15 | $2,464.00 | WIRE OUT ████4178 TAYLOR PORTER BROO | 0000 |
| 06/15 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 06/23 | $11,000.00 | ONLINE TRANSFER FROM CHECKING ████0210 | 0000 |
| 06/23 | $11,000.00 | ONLINE TRANSFER FROM CHECKING ████0008 | 0000 |
| 06/23 | $5,500.00 | ONLINE TRANSFER FROM CHECKING ████0210 | 0000 |
| 06/23 | $5,500.00 | ONLINE TRANSFER FROM CHECKING ████0008 | 0000 |
| 06/23 | $33,000.00 | WIRE OUT ████4643 DIGITAL EARTH MEDI | 0000 |
| 06/23 | $32,950.00 | WIRE IN ████4750 HI INVESTMENTS LLC | 0000 |
| 06/23 | $33,000.00 | WIRE OUT ████7504 DIGITAL EARTH MEDI | 0000 |
| 06/23 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 06/23 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 06/23 | $15.00 | WIRE TRANSFER FEE | 0000 |
| 06/27 | $49,250.00 | ONLINE TRANSFER FROM CHECKING ████0210 | 0000 |
| 06/27 | $49,250.00 | ONLINE TRANSFER FROM CHECKING ████0008 | 0000 |
| 06/27 | $98,500.00 | WIRE OUT 220627005384 DIGITAL EARTH MEDI | 0000 |
| 06/27 | $25.00 | WIRE TRANSFER FEE | 0000 |

Member FDIC

## EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL OUTSTANDING CHECKS** | | | | | | | | | |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ _____

**STEP 4** Adjust the balance reported on this statement to match your records.

a. BALANCE OF YOUR FUNDS reported on this statement* $ _____

b. ADD the total of any deposits appearing in your check register but not shown on this statement. + _____

c. SUBTOTAL $ _____

d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement. - _____

e. The result is your current balance and should equal the amount in your check register.* $ _____

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

### FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."

2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE

will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.

3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

### BILLING RIGHTS SUMMARY
#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
- Your name and account number • The dollar amount of suspected error • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### SAVINGS TRANSACTION RECORD

#### INSTRUCTIONS

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT ——————► | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**FIRST HORIZON**™
P.O. BOX 84
MEMPHIS, TN  38101

| | |
|---|---|
| **SMALL BUSINESS CHECKING** | |

| **CUSTOMER INFORMATION** | |
|---|---|
| **ACCOUNT NUMBER** | **\*\*\*\*\*\*\*\*\*\*4530** |
| **STATEMENT DATE** | **06/30/22** |

HI INVESTMENTS LLC

| **CHECKING ACCOUNT MONTHLY SUMMARY** | |
|---|---|
| AVERAGE LEDGER BALANCE: | $1,840.16 |
| DEPOSITS: | 9 |
| ITEMS DEPOSITED: | 0 |
| WITHDRAWALS: | 9 |
| TRANSACTIONS COUNTED TOWARD LIMIT: | 18 |
| TRANSACTIONS IN EXCESS OF 00000 @ $0.00 each | $0.00 |
| | |
| CURRENCY DEPOSITED | $0.00 |
| CURRENCY DEPOSITED IN EXCESS OF $0.00 (EACH $0.00 @ $0.00 ) | $0.00 |

| **DAILY BALANCE SUMMARY** | | | | | | | |
|---|---|---|---|---|---|---|---|
| **DATE** | **BALANCE** | **DATE** | **BALANCE** | **DATE** | **BALANCE** | **DATE** | **BALANCE** |
| 06/15 | $1,862.50 | 06/23 | $1,747.50 | 06/27 | $1,722.50 | | |

| **INQUIRY INFORMATION** |
|---|
| *ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-888-382-4968. <br> *TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-888-382-4968 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1. <br> *DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-888-382-4968. <br> *YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO: <br> FIRST HORIZON BANK <br> P.O. BOX 84 <br> MEMPHIS, TN  38101 |

Member FDIC

# FIRST HORIZON™

**P.O. BOX 84**
**MEMPHIS, TN  38101**

| | SMALL BUSINESS CHECKING |
|---|---|

00001116 TFTSTRMT090122071224 46 000000000 003 E

HI INVESTMENTS LLC
12103 CLEAR HARBOR DRIVE
TAMPA FL 33626-2574

## CUSTOMER INFORMATION

| ACCOUNT NUMBER | 4530 |
|---|---|
| STATEMENT DATE | 08/31/22 |

## CUSTOMER SERVICE INFORMATION

Customer Service:  **1-888-382-4968**
Visit Us Online:  **www.firsthorizon.com**
Follow Us On Facebook!
Follow Us On Twitter!

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 07/29/22 | $1,722.50 |
| 8 DEPOSITS TOTALING | | $52,450.76 |
| 8 WITHDRAWALS TOTALING | | $52,550.74 |
| NEW BALANCE | 08/31/22 | $1,622.52 |

**CHECKING ACCOUNT TRANSACTIONS**                    **FOR THE PERIOD FROM 07/30/22 THROUGH 08/31/22**

| ACCOUNT HISTORY | | | |
|---|---|---|---|
| DATE | AMOUNT | DESCRIPTION | CARD # |
| 08/05 | $16,000.00 | ONLINE TRANSFER FROM CHECKING 0008 | 0000 |
| 08/05 | $16,000.00 | ONLINE TRANSFER FROM CHECKING 0210 | 0000 |
| 08/05 | $32,000.00 | WIRE OUT 4563 DIGITAL EARTH MEDI | 0000 |
| 08/05 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 08/10 | $2,500.00 | ONLINE TRANSFER FROM CHECKING 0008 | 0000 |
| 08/10 | $2,500.00 | ONLINE TRANSFER FROM CHECKING 0210 | 0000 |
| 08/10 | $5,000.00 | WIRE OUT 4065 ADJUST INC. | 0000 |
| 08/10 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 08/15 | $3,750.00 | ONLINE TRANSFER FROM CHECKING 0008 | 0000 |
| 08/15 | $3,750.00 | ONLINE TRANSFER FROM CHECKING 0210 | 0000 |
| 08/16 | $7,500.00 | WIRE OUT 03450 DIGITAL EARTH MEDI | 0000 |
| 08/16 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 08/29 | $3,975.38 | ONLINE TRANSFER FROM CHECKING 0210 | 0000 |
| 08/29 | $3,975.38 | ONLINE TRANSFER FROM CHECKING 0008 | 0000 |
| 08/29 | $7,950.74 | WIRE OUT 01925 AMAZON WEB SERVICE | 0000 |
| 08/29 | $25.00 | WIRE TRANSFER FEE | 0000 |

Member FDIC

## EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL OUTSTANDING CHECKS** | | | | | | | | | |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ _____

**STEP 4** Adjust the balance reported on this statement to match your records.

a. BALANCE OF YOUR FUNDS reported on this statement* $ _____

b. ADD the total of any deposits appearing in your check register but not shown on this statement. + _____

c. SUBTOTAL $ _____

d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement. - _____

e. The result is your current balance and should equal the amount in your check register.* $ _____

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

### FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."

2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE

will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.

3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

### BILLING RIGHTS SUMMARY
#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

· Your name and account number  · The dollar amount of suspected error  · Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### SAVINGS TRANSACTION RECORD

#### INSTRUCTIONS

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT ——————▶ | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



**FIRST HORIZON**
P.O. BOX 84
MEMPHIS, TN 38101

| SMALL BUSINESS CHECKING |
|---|

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********4530 |
| STATEMENT DATE | 08/31/22 |

HI INVESTMENTS LLC

| CHECKING ACCOUNT MONTHLY SUMMARY | |
|---|---|
| AVERAGE LEDGER BALANCE: | $2,166.07 |
| DEPOSITS: | 8 |
| ITEMS DEPOSITED: | 0 |
| WITHDRAWALS: | 8 |
| TRANSACTIONS COUNTED TOWARD LIMIT: | 16 |
| TRANSACTIONS IN EXCESS OF 00000 @ $0.00 each | $0.00 |
| | |
| CURRENCY DEPOSITED | $0.00 |
| CURRENCY DEPOSITED IN EXCESS OF $0.00 (EACH $0.00 @ $0.00 ) | $0.00 |

| DAILY BALANCE SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
| 08/05 | $1,697.50 | 08/10 | $1,672.50 | 08/15 | $9,172.50 | 08/16 | $1,647.50 |
| 08/29 | $1,622.52 | | | | | | |

| INQUIRY INFORMATION |
|---|
| *ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-888-382-4968. *TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-888-382-4968 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1. *DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-888-382-4968. *YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO: FIRST HORIZON BANK P.O. BOX 84 MEMPHIS, TN 38101 |

| A MESSAGE FOR YOU |
|---|
| EFFECTIVE OCTOBER 5, 2022, FIRST HORIZON WILL IMPLEMENT A VISA DEBIT CARD DAILY LIMIT OF $5,000 ON SIGNATURE TRANSACTIONS TO HELP PROTECT CLIENTS FROM POTENTIAL FRAUD. CLIENTS MAY REQUEST A TEMPORARY LIMIT INCREASE BY VISITING THEIR NEAREST BANKING CENTER OR CALL US AT: CONSUMER CLIENTS: 800-382-5465, MON - FRI 7AM - 10PM, SAT 8AM - 5PM ET BUSINESS CLIENTS: 888-382-4968, MON - FRI 8AM - 7PM ET |

Member FDIC

# FIRST HORIZON™
P.O. BOX 84
MEMPHIS, TN  38101

| | SMALL BUSINESS CHECKING |
|---|---|

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | █████4530 |
| STATEMENT DATE | 10/31/22 |

00006729 TFTSTRMT110122074451 41 000000000 003 E

HI INVESTMENTS LLC
12103 CLEAR HARBOR DRIVE
TAMPA FL 33626-2574

| CUSTOMER SERVICE INFORMATION |
|---|
| Customer Service:  1-888-382-4968 |
| Visit Us Online:  www.firsthorizon.com |
| Follow Us On Facebook! |
| Follow Us On Twitter! |

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 09/30/22 | $4,258.82 |
| 2 DEPOSITS TOTALING | | $3,808.00 |
| 4 WITHDRAWALS TOTALING | | $5,858.00 |
| NEW BALANCE | 10/31/22 | $2,208.82 |

## CHECKING ACCOUNT TRANSACTIONS                    FOR THE PERIOD FROM 10/01/22 THROUGH 10/31/22

| ACCOUNT HISTORY | | | |
|---|---|---|---|
| DATE | AMOUNT | DESCRIPTION | CARD # |
| 10/07 | $2,000.00 | WIRE OUT ████3716 DIGITAL EARTH MEDI | 0000 |
| 10/07 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 10/24 | $1,904.00 | ONLINE TRANSFER FROM CHECKING ████0210 | 0000 |
| 10/24 | $1,904.00 | ONLINE TRANSFER FROM CHECKING ████0008 | 0000 |
| 10/24 | $3,808.00 | WIRE OUT ████3736 TAYLOR PORTER BROO | 0000 |
| 10/24 | $25.00 | WIRE TRANSFER FEE | 0000 |

| CHECKING ACCOUNT MONTHLY SUMMARY | |
|---|---|
| AVERAGE LEDGER BALANCE: | $2,619.30 |
| DEPOSITS: | 2 |
| ITEMS DEPOSITED: | 0 |
| WITHDRAWALS: | 4 |
| TRANSACTIONS COUNTED TOWARD LIMIT: | 6 |
| TRANSACTIONS IN EXCESS OF 00000 @ $0.00 each | $0.00 |
| | |
| CURRENCY DEPOSITED | $0.00 |
| CURRENCY DEPOSITED IN EXCESS OF $0.00 (EACH $0.00 @ $0.00 ) | $0.00 |

| DAILY BALANCE SUMMARY | | | | | | | |
|---|---|---|---|---|---|---|---|
| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
| 10/07 | $2,233.82 | 10/24 | $2,208.82 | | | | |

Member FDIC

## EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL OUTSTANDING CHECKS** | | | | | | | | | |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ _____

**STEP 4** Adjust the balance reported on this statement to match your records.

a. BALANCE OF YOUR FUNDS reported on this statement* $ _____

b. ADD the total of any deposits appearing in your check register but not shown on this statement. + _____

c. SUBTOTAL $ _____

d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement. - _____

e. The result is your current balance and should equal the amount in your check register.* $ _____

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

### FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."

2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE

will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.

3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

### BILLING RIGHTS SUMMARY
#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:
- Your name and account number • The dollar amount of suspected error • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### SAVINGS TRANSACTION RECORD

#### INSTRUCTIONS

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT ⟶ | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# FIRST HORIZON™
P.O. BOX 84
MEMPHIS, TN 38101

**SMALL BUSINESS CHECKING**

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | ***********4530 |
| STATEMENT DATE | 10/31/22 |

HI INVESTMENTS LLC

## INQUIRY INFORMATION

*ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT
ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS
SHOULD BE DIRECTED TO 1-888-382-4968.
*TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-888-382-4968 IMMEDIATELY
AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.
*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO
1-888-382-4968.
*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT
CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:
FIRST HORIZON BANK
P.O. BOX 84
MEMPHIS, TN 38101

Member
FDIC

# IBERIABANK

**STATEMENT OF ACCOUNT**

Date 2/18/22      Page 1 of 3

TO P0 146806 22 14 1  15210

HI INVESTMENTS LLC
12103 CLEAR HARBOR DRIVE
TAMPA FL 33626

015210


015210



**PLEASE CONTACT YOUR RELATIONSHIP MANAGER WITH ANY QUESTIONS OR CALL**

**1-800-968-0801**



**24-hr Online Banking**
iberiabank.com

---

### FREE BUSINESS CHECKING

| | | | |
|---|---|---|---|
| Previous Balance | 122.50 | **ACCOUNT NUMBER \*\*\*\*\*\*\*4530** | |
| 4 Deposits/Credits | 53,490.50 | Statement Dates | 2/01/22 thru 2/21/22 |
| 4 Checks/Debits | 53,510.50 | Days this Statement Period | 21 |
| Service Charge | .00 | Average Ledger Balance | 4,326.09 |
| Interest Paid | .00 | Average Collected Balance | 4,326.09 |
| Current Balance | 102.50 | | |

---

### DEPOSITS AND CREDITS

| Date | Description | Amount |
|---|---|---|
| 2/03 | From DDA \*0008,To DDA \*4530,Taylor Porter | 1,745.25 |
| 2/03 | From DDA \*0210,To DDA \*4530,Taylor Porter | 1,745.25 |
| 2/17 | From DDA \*0210,To DDA \*4530 | 25,000.00 |
| 2/17 | From DDA \*0008,To DDA \*4530 | 25,000.00 |

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|---|---|---|
| 2/14 | Wire Transfer Debit<br>Taylor Porter Brooks & Phillip<br>████0021<br>200-0171-611<br>PO Box 2471<br>Baton Rouge, LA 70821 UNITED S<br>JPMCHASE<br>████████1524<br>█████5473<br>████FT01 | 3,490.50- |
| 2/14 | Wire Transfer Fee | 10.00- |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct. All items are credited subject to final payment.

Exhibit 14
Page 13 of 21

0000921

**IBERIABANK**

## THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

**CHECKS OUTSTANDING NOT CHARGED TO ACCOUNT**

| No. | $ | |
|-----|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |

Please examine immediately and report if incorrect. If no reply is received within 30 days the account will be considered correct.

**BANK BALANCE SHOWN ON THIS STATEMENT**     $ _____

## ADD

**DEPOSITS NOT SHOWN ON THIS STATEMENT (IF ANY)**     $ _____

## TOTAL     $ _____

## SUBTRACT—

**CHECKS OUTSTANDING**     $ _____

## BALANCE     $ _____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER DEDUCTING SERVICE CHARGE (IF ANY) SHOWN ON THIS STATEMENT.

## NOTE

Please make sure you have entered in your check register all automatic transactions, such as charges and interest earned, shown on the front of this statement.

---

**Member FDIC**

### In Case of Errors or Questions About Your Electronic Transfers
**TELEPHONE US AT: 1-800-682-3231 OR**
**WRITE US AT: P. O. BOX 7299, Little Rock, AR 72217-7299**



EQUAL HOUSING LENDER

As soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the **FIRST** statement on which the problem appeared.

1) Tell us your name and account number.
2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3) Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly.   If we take more than ten business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.  This Regulation E error resolution notice is only applicable to consumer accounts. A consumer account is defined as an account used primarily for personal, family and household purposes.

**LINE OF CREDIT ACCOUNT INFORMATION**
Refer to the Line of Credit section of this statement. We figure the finance charge on your account by applying the periodic rate to the "Average Daily Balance" of your account (including current transactions). To get the "Average Daily Balance" we take the beginning balance of your account each day, add any new advances, and subtract any payments or credits.  This gives us the daily balance. We then add up all the daily balances for the billing cycle and divide the total by the number of days in the billing cycle.  This gives us the "Average Daily Balance." We then multiply this Average Daily Balance by the daily periodic rate that has been established for your Account (shown on your statement along with the corresponding annual percentage rate) and then we multiply the product by the number of days in the billing cycle. The result is the dollar figure shown on your statement as "Finance Charge."  Finance Charges for advances on your line will begin to accrue on the date such advances are posted to your account and will continue until the date your account is paid in full. There is no grace period that would allow you to avoid a finance charge on your account.  On the closing date of your billing cycle, we will calculate the amount of your minimum payment due as per your original contract.  We figure this minimum payment by calculating a percentage of the New Balance of your account (less any amount you have written to us to dispute that we are currently investigating).  "New Balance" means the total outstanding  balance of your line on any cycle closing date which includes principal.  If the New Balance is less than or equal to the minimum payment required on your account, your minimum payment will be the entire New Balance (less any disputed amount), plus finance charges and other fees. If you have elected to make equal or level payments on your Account, your minimum payment will be calculated accordingly.  The amount of your minimum payment is disclosed to you on this statement and will be automatically deducted from your checking account.  If you wish to make payments in addition to those which are automatically deducted from your checking account, you may do so at any time. Payments may be mailed to the address shown on the statement, Attn.: Loan Accounting.  Additional payments which are mailed to that address will be credited to your account as of the date of receipt. Payment made at any branch office will be credited promptly to your account, but in no event later than 5 days after receipt.

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR LINE OF CREDIT ACCOUNT STATEMENT**
If you think your bill is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible.  We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.
In the letter, please give us the following information:
• Your name and account number.
• The dollar amount of the suspected error.
• Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item that you are not sure about.  You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we are investigating your question, we cannot report you as delinquent or take any action to collect the amount you question.

Exhibit 14
Page 14 of 21



**STATEMENT OF ACCOUNT**

Date 2/18/22                    Page 3 of 3

---

**FREE BUSINESS CHECKING** (continued)                    **Account Number \*\*\*\*\*\*\*4530**

### WITHDRAWALS AND DEBITS

| Date | Description | Amount |
|------|-------------|--------|
| 2/18 | Wire Transfer Debit<br>Earth.com<br>211075086<br>████████8528<br>473 West Colorado Avenue<br>Telluride, CO  81436 UNITED ST<br>LENDINGCLUB BK NA<br>█████████████████0204<br>██████████0071<br>████████FT01 | 50,000.00- |
| 2/18 | Wire Transfer Fee | 10.00- |



015210

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 2/01 | 122.50 | 2/14 | 112.50 | 2/18 | 102.50 |
| 2/03 | 3,613.00 | 2/17 | 50,112.50 | | |

Please examine this statement upon receipt and report at once if you find any difference.
If no error is reported in 30 days, the account will be considered correct.  All items are credited subject to final payment.

Exhibit 14
Page 15 of 21

00009923

# Commercial Business Checking

Account number: ■■■■9401 ■ February 1, 2022 - February 28, 2022 ■ Page 1 of 3



BOXED JELLIES, LLC.
PO BOX 2817
BRANDON FL 33509-2817

Questions?

Call your Customer Service Officer or Client Services
  1-800-AT WELLS (1-800-289-3557)
  5:00 AM TO 6:00 PM Pacific Time Monday - Friday

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (287)
  P.O. Box 6995
  Portland, OR  97228-6995

## Account summary

### Commercial Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ■■■■9401 | $125,944.00 | $75,498.77 | -$157,386.00 | $44,056.77 |

## Credits

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/07 | 112.81 | WT 2022020700590010 Abn Amro Bank N. /Org=1/Undeveloped B.V. Srf# 0010 Trn#220207069596 Rfb# |
| | 02/08 | 3,255.10 | Godaddy.Com LLC EDI Pymnts ■■■■4097 Boxed Jellies LLC |
| | 02/09 | 2,550.00 | Sedo.Com LLC Cnx US ACH 981■■■■2452 Boxed Jellies LLC |
| | 02/09 | 1,319.10 | Godaddy.Com LLC EDI Pymnts ■■■■1556 Boxed Jellies LLC |
| | 02/10 | 501.50 | WT ■■■■8982 Unicredit Bank A /Org=Team Internet AG Srf# 8982 Trn#220210002339 Rfb# |
| | 02/10 | 89.99 | WT ■■■■3056 Abn Amro Bank N. /Org=1/Undeveloped B.V. Srf# 3056 Trn#220210062246 Rfb# |
| | 02/11 | 61,548.62 | eDeposit IN Branch/Store 02/11/22 11:50:16 Am 204 S Kings Ave Brandon FL |
| | 02/11 | 1,055.10 | Godaddy.Com LLC EDI Pymnts 1■■■■0232 Boxed Jellies LLC |
| | 02/14 | 350.31 | WT ■■■■8848 Abn Amro Bank N. /Org=1/Undeveloped B.V. Srf# 8848 Trn#■■■■9957 Rfb# |
| | 02/14 | 88.14 | WT ■■■■8846 Abn Amro Bank N. /Org=1/Undeveloped B.V. Srf# 8846 Trn#■■■■9981 Rfb# |
| | 02/15 | 2,821.00 | WT ■■■■2416 Abn Amro Bank N. /Org=1/Undeveloped B.V. Srf# 2416 Trn#■■■■9163 Rfb# |
| | 02/23 | 1,456.00 | WT 2022022300582440 Abn Amro Bank N. /Org=1/Undeveloped B.V. Srf# 2440 Trn#■■■■4715 Rfb# |
| | 02/25 | 351.10 | Godaddy.Com LLC EDI Pymnts ■■■■1956 Boxed Jellies LLC |
| | | $75,498.77 | Total electronic deposits/bank credits |
| | | $75,498.77 | Total credits |

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

(287)
Sheet Seq = 0070754
Sheet 00001 of 00003

Exhibit 14
Page 16 of 21

Account number: ███████9401 ■ February 1, 2022 - February 28, 2022 ■ Page 2 of 3



## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 02/08 | 6,914.44 | ACH Prep Origintn - Boxed Jellies - File ███████2339 Coid ███████4419 |
| | 02/08 | 500.00 | ACH Prep Origintn - Boxed Jellies - File 7███████2339 Coid ███████4419 |
| | 02/11 | 253.06 | Client Analysis Srvc Chrg 220210 Svc Chge 0122 0███████9401 |
| | 02/22 | 3,118.50 | ACH Prep Origintn - Boxed Jellies, L - File 7878782339 Coid ███████4419 |
| | 02/23 | 146,600.00 | WT Fed#00118 Lendingclub Bank, /Ftr/Bnf=Earth.Com Srf# Gw████████8372 Trn#███████3894 Rfb# 2546 |
| | | $157,386.00 | Total electronic debits/bank debits |
| | | $157,386.00 | Total debits |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 01/31 | 125,944.00 | 02/10 | 126,358.06 | 02/22 | 188,849.67 |
| 02/07 | 126,056.81 | 02/11 | 188,708.72 | 02/23 | 43,705.67 |
| 02/08 | 121,897.47 | 02/14 | 189,147.17 | 02/25 | 44,056.77 |
| 02/09 | 125,766.57 | 02/15 | 191,968.17 | | |

Average daily ledger balance    $135,974.34

---

Addendum to Wells Fargo Commercial Account Agreement

Effective March 18, 2022, Wells Fargo is updating the descriptions of its procedures in Wells Fargo's Commercial Account Agreement (and the other agreements governing your commercial deposit account) for determining your account's available balance, posting transactions to your account, and overdrawing your account. In the event of a conflict between this update and any other agreements governing your deposit account, this update will control. Except as expressly modified by this Addendum, these agreements remain in full force and effect.

In the Wells Fargo Commercial Account Agreement, delete the provision titled "Available balance, posting order, and overdrafts" (and similar provisions in other agreements governing your Wells Fargo commercial deposit account) and replace them with the following:

Available balance, posting order, and overdrafts

How do we determine your account's available balance?

Your account's available balance is our most current record of the amount of money in your account available for your use or withdrawal. We use the available balance to process your transactions during the day (e.g., wire transfers and other electronic transactions). We also use the available balance when we process your transactions during our nightly processing. We calculate your available balance as follows:
- We start with the ending daily account balance from our prior business day nightly processing that includes all transactions deposited to or paid from your account.
- We subtract from this balance any holds placed on a deposit to your account and any holds placed due to legal process.
- We add pending deposits that are immediately available for your use (including cash deposits, electronic deposits, and the portion of a paper check deposit we make available; see "Funds availability policy" section for details).
- We subtract pending withdrawals we have either received (such as wire transfers and other electronic transactions) or are known to us (such as your checks we receive for payment from your account) but have not processed.

How do we post transactions to your account?

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Exhibit 14
Page 17 of 21



We post transactions each business day (Monday through Friday except federal holidays) during our nightly processing. Once we process a transaction, we post the results to your account. There are three key steps to this process. The most common types of transactions are processed as described below.

1. We determine the available balance in your account (as described above) that we can use to pay your transactions.

2. We sort your transactions into three categories: deposits, "must-pay" transactions, and checks and certain ACH payments.

- Deposits. We credit your account for deposits, including cash and check deposits and incoming electronic transfers, received before the cutoff time at the location the deposit or transfer was made.

- "Must-pay" transactions. A "must-pay" transaction is a withdrawal/payment we have previously authorized and cannot return unpaid, such as account transfers, and teller-cashed checks. If we receive more than one of these transactions for payment from your account, we will generally sort and pay them based on the date and time we received them. Multiple transactions that have the same time will be sorted and paid from lowest to highest dollar amount.

- Checks and certain ACH payments. Finally, we use your remaining funds to pay your checks and preauthorized ACH payments (such as bills you pay by authorizing a third party to withdraw funds directly from your account). If there is more than one of these types of transactions, they will be sorted by the date and time we received them. Multiple transactions that have the same time will be sorted and paid from lowest to highest dollar amount.

3. If the available balance in your account is not enough to pay all of your transactions, we will decide whether to pay your transaction and overdraw your account or return your transaction unpaid.

- Important Note: When we receive multiple transactions on the same day and the available balance in your account is not enough to pay all the transactions, we reserve the right to choose the order in which we pay the transactions, including paying the highest dollar amount first or in any other order we determine in our sole discretion.

How do we handle overdrafts?

At our discretion, we are permitted to pay items into overdraft rather than returning them unpaid. You agree to pay the applicable fee associated with an overdraft or returned item. Any overdraft on your account is immediately due and payable, unless we agree otherwise in writing. You agree to reimburse us for any attorneys' fees and other costs and expenses we incur in recovering the overdraft (including overdraft and associated fees). When we post items in the order of highest to lowest dollar amount, the overdraft and returned item fees may be more than these fees would be if we were to post the items in the order of lowest to highest dollar amount.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

Exhibit 14
Page 18 of 21

# FIRST HORIZON™
**P.O. BOX 84**
**MEMPHIS, TN  38101**

**SMALL BUSINESS CHECKING**

### CUSTOMER INFORMATION

| | |
|---|---|
| ACCOUNT NUMBER | ████ 4530 |
| STATEMENT DATE | 10/31/22 |

### CUSTOMER SERVICE INFORMATION

📱 **Customer Service:  1-888-382-4968**
🌐 **Visit Us Online:  www.firsthorizon.com**
f **Follow Us On Facebook!**
🐦 **Follow Us On Twitter!**

00006729 TFTSTRMT110122074451 41 000000000 003 E

**HI INVESTMENTS LLC**
**12103 CLEAR HARBOR DRIVE**
**TAMPA FL 33626-2574**

| ACCOUNT SUMMARY | DATE | BALANCE OF YOUR FUNDS |
|---|---|---|
| PREVIOUS BALANCE | 09/30/22 | $4,258.82 |
| 2 DEPOSITS TOTALING | | $3,808.00 |
| 4 WITHDRAWALS TOTALING | | $5,858.00 |
| NEW BALANCE | 10/31/22 | $2,208.82 |

---

**CHECKING ACCOUNT TRANSACTIONS**　　　　　　　　**FOR THE PERIOD FROM 10/01/22 THROUGH 10/31/22**

### ACCOUNT HISTORY

| DATE | AMOUNT | DESCRIPTION | CARD # |
|---|---|---|---|
| 10/07 | $2,000.00 | WIRE OUT 221007003716 DIGITAL EARTH MEDI | 0000 |
| 10/07 | $25.00 | WIRE TRANSFER FEE | 0000 |
| 10/24 | $1,904.00 | ONLINE TRANSFER FROM CHECKING 000020001960210 | 0000 |
| 10/24 | $1,904.00 | ONLINE TRANSFER FROM CHECKING 000020001960008 | 0000 |
| 10/24 | $3,808.00 | WIRE OUT 221024003736 TAYLOR PORTER BROO | 0000 |
| 10/24 | $25.00 | WIRE TRANSFER FEE | 0000 |

### CHECKING ACCOUNT MONTHLY SUMMARY

| | |
|---|---|
| AVERAGE LEDGER BALANCE: | $2,619.30 |
| DEPOSITS: | 2 |
| ITEMS DEPOSITED: | 0 |
| WITHDRAWALS: | 4 |
| TRANSACTIONS COUNTED TOWARD LIMIT: | 6 |
| TRANSACTIONS IN EXCESS OF 00000 @ $0.00 each | $0.00 |
| | |
| CURRENCY DEPOSITED | $0.00 |
| CURRENCY DEPOSITED IN EXCESS OF $0.00 (EACH $0.00 @ $0.00 ) | $0.00 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE | DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|---|---|---|---|
| 10/07 | $2,233.82 | 10/24 | $2,208.82 | | | | |

Member FDIC

## EASY CHECKBOOK BALANCING

| CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| **TOTAL OUTSTANDING CHECKS** | | | | | | | | | |

**STEP 1** Update your check register by entering all deposits and withdrawals which appear on this statement, but have not yet been entered into your check register. Be sure to include any service charges, finance charges, or interest credited to your checking account shown on the front of this statement.

**STEP 2** Mark off ( ✓ ) all deposits and withdrawals appearing on this statement in your check register. List any outstanding checks and withdrawals in the space provided above.

**STEP 3** Enter your check register balance. $ _____

**STEP 4** Adjust the balance reported on this statement to match your records.

a. BALANCE OF YOUR FUNDS reported on this statement*   $ _____

b. ADD the total of any deposits appearing in your check register but not shown on this statement.   + _____

c. SUBTOTAL   $ _____

d. SUBTRACT the total of outstanding checks or withdrawals posted in your check register but not shown on this statement.   - _____

e. The result is your current balance and should equal the amount in your check register.*   $ _____

* HINTS FOR CUSTOMERS WITH FIRST BANKING RESERVE. If this statement shows that your First Banking Reserve line is in use, you may find it helpful to enter your AVAILABLE RESERVE as shown on the front of this statement instead of the BALANCE OF YOUR FUNDS in step 4a. The result you obtain in step 4a will then be your current Available Reserve. You can then subtract this amount from your APPROVED RESERVE to obtain the current amount of First Banking Reserve in Use which should equal the amount in your check register.

### FIRST BANKING RESERVE NOTICE

1. When your First Banking Reserve is in use, Payments (Deposits) and other credits will be applied in the following order (1) to any negative balance, (2) to unpaid INTEREST CHARGE from a previous cycle, (3) to your "First Banking Reserve in Use," (4) to increase the "Balance of Your Funds."

2. The INTEREST CHARGE is computed by multiplying a Monthly Periodic Rate by the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE." The Monthly Periodic Rate and ANNUAL PERCENTAGE RATE are subject to change. Your ANNUAL PERCENTAGE RATE for the cycle will be determined by multiplying your Monthly Periodic Rate by 12. If an INTEREST CHARGE is imposed on First Banking Reserve, an increase in your periodic rate and corresponding ANNUAL PERCENTAGE RATE

will result in an increase in that INTEREST CHARGE, and if your new balance exceeds $50 it will result in an increase in your minimum payment.

3. The "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE" for the cycle is calculated by adding the amount of "Reserve In Use" at the close of each day in the cycle, less any unpaid INTEREST CHARGE from a previous cycle and dividing this result by the number of days in the cycle. Any disputed amounts being investigated pursuant to the provisions of Paragraph N of Section II of the Overdraft Services Agreement are excluded in calculating the "Average Daily First Banking Reserve in Use Subject to INTEREST CHARGE."

### BILLING RIGHTS SUMMARY
#### IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR FIRST BANKING RESERVE BILL

If you think your First Banking Reserve Bill is wrong, or if you need more information about a transaction on your bill, write us at the address shown on your bill as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter give us the following information:

• Your name and account number  • The dollar amount of suspected error  • Describe the error and explain if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

### SAVINGS TRANSACTION RECORD

#### INSTRUCTIONS

1. The space at the right is provided for you to enter all deposits and withdrawals made during the next interest period.
2. Keep all deposits and withdrawal receipts so you may compare them with the next statement.
3. A statement covering the next interest period will be mailed to you at the end of that period.
4. **PLEASE NOTIFY BANK PROMPTLY OF ANY CHANGE OF ADDRESS.**

PLEASE USE THIS FORM TO RECORD TRANSACTIONS FOR NEXT PERIOD

| BALANCE SHOWN ON STATEMENT → | | | |
|---|---|---|---|
| DATE | WITHDRAWALS | DEPOSITS | BALANCE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**FIRST HORIZON.**
P.O. BOX 84
MEMPHIS, TN 38101

**SMALL BUSINESS CHECKING**

| CUSTOMER INFORMATION | |
|---|---|
| ACCOUNT NUMBER | **********4530 |
| STATEMENT DATE | 10/31/22 |

HI INVESTMENTS LLC

| INQUIRY INFORMATION |
|---|
| *ALL INQUIRIES FOR BALANCES, GENERAL INFORMATION, ACCOUNT ERRORS, ACCOUNT ACTIVITY, AUTOMATED TELLER MACHINE ACTIVITY AND DEBIT CARD TRANSACTIONS SHOULD BE DIRECTED TO 1-888-382-4968.<br>*TO REPORT A LOST/STOLEN DEBIT CARD: CALL 1-888-382-4968 IMMEDIATELY AND FOLLOW THE VOICE PROMPTS, STARTING WITH OPTION #1.<br>*DIRECT INQUIRIES CONCERNING PREAUTHORIZED ELECTRONIC FUNDS TRANSFER TO 1-888-382-4968.<br>*YOU MAY MAIL INQUIRIES CONCERNING AUTOMATED TELLER MACHINE ACTIVITY, DEBIT CARD TRANSACTIONS, AND PREAUTHORIZED ELECTRONIC FUNDS TRANSFERS TO:<br>FIRST HORIZON BANK<br>P.O. BOX 84<br>MEMPHIS, TN 38101 |

Member FDIC