# **<u>EXHIBIT 19</u>**

```
1                    UNITED STATES BANKRUPTCY COURT
                       EASTERN DISTRICT OF TEXAS
2                                     . Chapter 11
     IN RE:                           .
3                                     . Case No. 24-60504
     ERIC RALLS,                      .
4                                     .
                   Debtor.            .
5                                     . July 9, 2024
     . . . . . . . . . . . . . . . . .
6
                   TRANSCRIPT OF 341 MEETINGS OF CREDITORS
7                    BEFORE TRUSTEE MARCUS SALITORE
                     UNITED STATES BANKRUPTCY TRUSTEE
8
     APPEARANCES:
9
     FOR THE DEBTOR:             Kevin S. Wiley, Sr.
10                               THE WILEY LAW GROUP, PLLC
                                 325 North St. Paul Street
11                               Suite 2250
                                 Dallas, TX 75201
12
     (Continued)
13
     ORDERING PARTY:             Amalia Y. Sax-Bolder, Esq.
14                               BROWNSTEIN HYATT FARBER
                                   SCHRECK, LLP
15                               675 15th Street, Suite 2900
                                 Denver, CO 80202
16
     DATE ORDERED:               Friday, October 11, 2024
17
     DATE DELIVERED:             Thursday, October 24, 2024
18
     TRANSCRIPT COST:            45 pages x $4.00 per page = $180.00
19
     Audio Operator:             Electronically Recorded
20
     Transcription Company:      A&S Transcript Providers
21                               6 Trout Brook Road
                                 Stanhope, NJ 07874
22                               (973) 914-3080
23
24
25   Proceedings recorded by electronic sound recording, transcript
     produced by transcription service.
```

Exhibit 19
Page 1 of 46

```
1    APPEARANCES:

2    For HI Investments, LLC:    Amalia Y. Sax-Bolder, Esq.
                                  BROWNSTEIN HYATT FARBER
3                                   SCHRECK, LLP
                                  675 15th Street, Suite 2900
4                                 Denver, CO 80202

5
     For PlantSnap, Inc.:         Dean E. Richardson, Esq.
6                                 FENNEMORE CRAIG, P.C.
                                  3615 Delgany Street, Suite 1100
7                                 Denver, CO 80216

8                                 Matt Giblin, Esq.
                                  PLANTSNAP, INC.
9                                 2014 East Arkansas Avenue
                                  Denver, CO 80210
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Exhibit 19
Page 2 of 46

1   (Proceedings commence.)

2   TRUSTEE SALITORE:  I hereby call to order this first

3   Meeting of Creditors in Eastern District of Texas, Tyler

4   Division Bankruptcy Case Number 24-60504, individual Debtor

5   Eric Ralls.

6   My name is Mark Salitore.  I'm the Assistant U.S.

7   Trustee for the Eastern District of Texas.  I represent the

8   U.S. Trustee, Mr. Kevin Epstein.  For the record, it is

9   September 25th at approximately 1:15.

10   Here present is the Subchapter 5 Trustee, Ms. Arzeda

11   (ph), as well as debtor's counsel, Mr. Wiley, and the debtor,

12   Mr. Ralls.  We have a number of parties-in-interest, and when

13   the time comes, we will take appearances and questions from

14   those parties; that will come at the latter part of the

15   meeting.

16   For the record, Mr. Richardson and Mr. Giblin,

17   representing PlantSnap, may not be available at a later date

18   for a continuation.  So to the extent we need to, we will start

19   with them for parties-in-interest who may have questions.

20   Proceeding forward, Mr. Ralls, would you state your

21   full name for the record?

22   MR. RALLS:  Eric Ralls.

23   TRUSTEE SALITORE:  And Mr. Wiley, can you confirm

24   through voice identification Mr. Ralls' identity?

25   MR. WILEY:  Confirmed.

Exhibit 19
Page 3 of 46

1    TRUSTEE SALITORE:  Thank you.  And for the record, the

2    debtor's identification documents were forwarded to the U.S.

3    Trustee.  We have examined those identification documents, and

4    they match the identification represented on the petition in

5    the case.

6                    ERIC RALLS, DEBTOR, SWORN

7    TRUSTEE SALITORE:  Thank you.  Mr. Wiley, if you

8    could, could you please just lead your client through a

9    narrative of how you got to Chapter 11 and how the debtor

10   intends to emerge from Chapter 11, highlighting any significant

11   issues that the debtor perceives may arise in the case,

12   including anything related to the other entity that's in

13   Chapter 11 related to Mr. Ralls.

14                    DIRECT EXAMINATION

15   BY MR. WILEY:

16   Q.  Mr. Ralls, could you please identify and give a chronology

17   of events that have led to this Chapter 11 based upon the

18   circumstances involving the company, FirstNet and you

19   individually?

20   A.  Yes, I was -- I started a company called PlantSnapback in -

21   - launched it in 2017 and started working on it in 2012.  I've

22   been involved in litigation with the lead investor and the

23   company since 2021, and there was a letter of intent for a

24   settlement agreed to in earlier this year, I don't know the

25   exact month, and then there was a confession of judgment

Exhibit 19
Page 4 of 46

1  entered due to a missed payment on a -- while we were

2  negotiating the final contract for the settlement, and that's

3  what led me to file this petition for bankruptcy.

4  Q.  And it's (indiscernible) that the confession of judgment

5  was actually entered into before the settlement was finally

6  consummated.  Is that accurate?

7  A.  That's correct.

8  Q.  Okay.

9       THE COURT:  Mr. Wiley, not -- Mr. Wiley, I don't mean

10  to interrupt you.  If you could, please do not use a speaker

11  phone and articulate clearly.  I will tell you it's very

12  difficult to understand what you are saying.

13       MR. WILEY:  Okay.  I will not use a speaker phone.  Is

14  that better?

15       THE COURT:  Please proceed.

16  BY MR. WILEY:

17  Q.  Okay.  Can you articulate the reasons why a confession of

18  judgment was entered before a settlement agreement was

19  consummated?

20  A.  I don't know.  I have attorneys that were representing the

21  company and another attorney representing me, and we had to

22  sign -- we were trying to avoid going to trial, and we signed a

23  letter of intent with the -- that outlined the next steps for

24  moving forward and creating this longer settlement agreement,

25  and I don't know why a confession of judgment was part of a

Exhibit 19
Page 5 of 46

1  letter of intent instead of the actual contract.  Honestly, I

2  don't know.

3  Q.  Now, the settlement agreement that was proposed, which you

4  never signed, articulated various conditions that would include

5  you not competing in the space that you're currently occupying

6  with EarthSnap [sic], correct?

7  A.  Yeah.  The settlement agreement that they were working out

8  with my corporate attorneys had a lot of different provisions

9  in it that were not in the letter of intent and that we did not

10  agree with, which is why it was not signed.

11  Q.  There's nothing in the settlement agreement that prevents

12  you from creating EarthSnap and following through with

13  EarthSnap as a separate business opportunity, since you didn't

14  sign the settlement agreement, correct?

15  A.  That's correct.

16  Q.  So, your Chapter 11 reorganization plan is based upon you

17  finding a new company.  Why don't you give the Trustee and the

18  creditors background into the differences between EarthSnap and

19  PlantSnap?

20  A.  Earth -- PlantSnap is an app I've created.  You take a

21  picture of a plant and it tells you what species it is.

22  There's a lot of them out there now, but it was the first of

23  its kind, and I was working on it since 2012 for about nine

24  years and then when I was voted out of the company by the

25  board, I went on and built another app called EarthSnap.

Exhibit 19
Page 6 of 46

1    In EarthSnap, you take a photo of any animal or plant, any

2    species of animal or plant from -- on earth instead of just

3    plants.  It does everything.  And I build that -- I started

4    building that in 2022 or late 2021.  I never really was able to

5    get it off the ground due to the cost of the litigation with

6    PlantSnap and DEJ.  That went on for about three and a half

7    years.

8    Q.  So the basis of the reorganization plan is that EarthSnap

9    will obtain bargaining [sic] and assistance to finance and

10   monetize a new business that will pay off the settlement

11   agreement by the term, but not comply with the terms that were

12   never agreed to in the settlement agreement.  Is that correct?

13   A.  Yes.  I do have a -- we have completed rebuilding the app

14   and signed a marketing agreement with the company that put up

15   the funding for the marketing and did the revenue share with us

16   on the profits, which would generate significant revenue for

17   EarthSnap in the months and years ahead.

18   Q.  So what is the total amount that you owe PlantSnap under

19   the settlement agreement?

20   A.  Could you please repeat that?

21   Q.  Yeah.  What is the total amount that you owe PlantSnap

22   under the settlement agreement?

23   A.  Well, I never signed a settlement agreement --

24   Q.  Well, no, no, no, the binding term sheet.  I'm sorry, the

25   binding term sheet.

Exhibit 19
Page 7 of 46

8

1  A.   I think it's $2.5 million.

2

3  Q.   Okay.  So you have confidence that your new business

4  platform will generate enough revenue to assume the settlement

5  agreement that binding term sheet (Indiscernible) contract, pay

6  that off under its terms in the very near term, correct?

7  A.   Over the span of the bankruptcy proceedings.  Yes, that's

8  the plan.

9  Q.   Okay.  Now, you individually have very little assets in the

10  form of money, land, real estate, whatever, and essentially,

11  the binding term sheet causes you to pledge certain shares in

12  PlantSnap -- actually of EarthSnap to the lender that is giving

13  you the ownership of EarthSnap, correct?

14  A.   Well, the term -- the letter of intent, the term sheet,

15  required me to turn over -- I owned seventy-two percent of the

16  stock in PlantSnap at the time.  So part of the settlement was

17  that I would turn that over to DEJ, I believe that's who got

18  that.  And then the other part was secured, I believe, by my

19  stock in Digital Earth Media, which is the company that owns

20  Earth.com --

21  Q.   EarthSnap, correct.  So basically, the Chapter 11 has

22  stopped them from seizing the stock and taking control of the

23  parent company of EarthSnap.  So it continues to be in control

24  of EarthSnap at this date, correct?

25  A.   Yeah.  And also the company that's been operating for a few

Exhibit 19
Page 8 of 46

1   years, Earth.com.  Other than this creditor, there's no really

2   serious consumer creditors in the case, correct?

3   A.  That's correct.

4           MR. WILEY:  Okay.  I turn the witness over.

5           TRUSTEE SALITORE:  Thank you, Mr. Wiley.  Mr. Wiley, I

6   don't -- I do not see that you have filed an employment

7   application in the case.  When --

8           MR. WILEY:  It's been filed -- I'm not exactly -- the

9   application is pending the notice period for expiration.

10          TRUSTEE SALITORE:  Can you describe how much you were

11  paid as a retainer in the case, Mr. Wiley?

12          MR. WILEY:  Yeah.  Nine thousand dollars.

13          TRUSTEE SALITORE:  Nine thousand?

14          MR. WILEY:  Correct.

15          TRUSTEE SALITORE:  And who was that paid by?

16          MR. WILEY:  It was paid by a third party, the debtor's

17  mother.

18          TRUSTEE SALITORE:  The debtor's mother.  And what is

19  her name?

20          MR. WILEY:  Eric -- I'm sorry.

21          MR. RALLS:  Her name is Karen Barrett.

22          TRUSTEE SALITORE:  Okay.  Thank you.  Mr. Wiley, I

23  don't see that an application for your employment has been

24  filed in the case, looking at the docket that I pulled up

25  before the meeting started.

Exhibit 19
Page 9 of 46

1        MR. WILEY:  I'll double-check that, because --

2        TRUSTEE SALITORE:  Okay.

3        MR. WILEY:  -- there's been some confusion because of

4   the motion that we have for joint administration, the

5   application may have been filed in the other EarthSnap case.

6        TRUSTEE SALITORE:  Okay.  Either way, you'll need to

7   file an employment application, and I would ask that you

8   disclose the source of any payments that you received for the

9   case.

10  Can you do that?

11       MR. WILEY:  I was told to do that.  I'm sorry.

12       TRUSTEE SALITORE:  Thank you.

13       MR. WILEY:  I was told to do that on the site, yes.

14       TRUSTEE SALITORE:  Okay.  Mr. Ralls, about your

15  schedules, I'm looking at, I'd like to understand on your

16  Schedule A, you indicate that you don't have a bank account.

17  Is that correct?

18       MR. RALLS:  That's correct.  I'm in the process of

19  trying to get a DIP account.

20       TRUSTEE SALITORE:  Have you had a personal bank

21  account since January of 2024 to the present?

22       MR. RALLS:  No.  I have not.

23       TRUSTEE SALITORE:  Okay.  How have you paid your

24  bills?

25       MR. WILEY:  I have a pass-through S-Corporation called

Exhibit 19
Page 10 of 46

1  Metaversal Knowledge Inc. that I've been using.

2          TRUSTEE SALITORE:  Okay.  Moving to these entities

3  listed in your schedules, there's Digital Earth Media.  Does

4  Digital Earth Media have any or has it had any bank accounts

5  since January of 2024?

6          MR. RALLS:  Yes.

7          TRUSTEE SALITORE:  And where are those located?

8          MR. RALLS:  Digital Earth Media's account is a

9  separate -- it's not involved in these proceedings.

10          TRUSTEE SALITORE:  I understand.  It's listed that you

11  own an eighty-six-percent interest in Digital Earth Media.  Is

12  that correct?

13          MR. RALLS:  That's correct.

14          TRUSTEE SALITORE:  And where does Digital Earth Media

15  bank?

16          MR. RALLS:  Where does it what?

17          TRUSTEE SALITORE:  Where does it have its bank

18  accounts?

19          MR. RALLS:  Digital Earth Media uses US Bank.

20          TRUSTEE SALITORE:  Okay.  How many accounts does

21  Digital Earth Media have at US Bank since January of 2024?

22          MR. RALLS:  One.

23          TRUSTEE SALITORE:  Okay.  And you've listed Digital

24  Earth Media with a valuation of 11,500,000.  Can you describe

25  how you came up with that number?

Exhibit 19
Page 11 of 46

1          MR. RALLS:  It's a multiple of revenue.

2          TRUSTEE SALITORE:  And what's the annual revenue of

3    Digital Earth Media?  Ballpark-ish.

4          MR. RALLS:  That's also -- it's a private company.

5    It's not part of this proceeding.

6          TRUSTEE SALITORE:  I understand that, Mr. Ralls.  You

7    just indicated that you used a multiple of earnings to

8    determine your valuation of the asset.  I'm interested to

9    understand, and it's appropriate to understand what would be

10   the annual revenues by which your valuation was determined.

11         MR. RALLS:  Kevin, should I answer that?

12         MR. WILEY:  Yes.

13         MR. RALLS:  This year, we should be a little over $2

14   million.

15         TRUSTEE SALITORE:  And is that consistent with last

16   year?

17         MR. RALLS:  It's about four times greater than last

18   year.

19         TRUSTEE SALITORE:  And is that consistent with 2022?

20         MR. RALLS:  Uh-huh.

21         TRUSTEE SALITORE:  Is -- what was the revenue from

22   Digital Earth Media in 2022, ballpark-ish?

23         MR. RALLS:  Somewhere around -- it was around 750,000,

24   I believe.

25         TRUSTEE SALITORE:  And what does Digital Earth Media

Exhibit 19
Page 12 of 46

1   do for its revenue?

2          MR. RALLS:  It owns Earth.com Inc. and Earthsnap Inc.

3          TRUSTEE SALITORE:  And do either of those entities,

4   how does it earn the revenue?  Do either of those entities just

5   give money to Digital Earth Media?

6          MR. RALLS:  Well, it's a holding company.

7          TRUSTEE SALITORE:  Okay.

8          MR. RALLS:  So it owns 100 percent of Earth.com Inc.

9   and EarthSnap Inc.

10          TRUSTEE SALITORE:  Okay.  And so where does Digital

11   Earth Media's -- or Digital Earth Media's revenue come from?

12          MR. RALLS:  Ninety-nine percent of it right now comes

13   from Earth.com.

14          TRUSTEE SALITORE:  Okay.  And who owns Earth.com?

15          MR. RALLS:  Earth.com Inc. is owned by Digital Earth

16   Media.

17          TRUSTEE SALITORE:  Thank you.  I think you answered

18   that earlier.  I'm sorry.  I'm writing.

19          MR. RALLS:  That's okay.

20          TRUSTEE SALITORE:  Does Digital Earth Media have any

21   other bank accounts during the year of 2024 other than the one

22   account you described at US Bank?

23          MR. RALLS:  No.

24          TRUSTEE SALITORE:  Okay.  And I understand another

25   entity, it's listed on your schedules as you own eighty-six

Exhibit 19
Page 13 of 46

1    percent and that's Earthsnap Inc.  Am I confused or did you

2    just tell me that Digital Earth Media owns Earthsnap Inc.?

3             MR. RALLS:  Digital Earth Media owns Earthsnap Inc. I

4    own eighty-six percent of Digital Earth Media.  So I guess it's

5    kind of a transit property [sic].

6             TRUSTEE SALITORE:  Okay.  Does Earthsnap Inc., has it

7    had any bank accounts during the year 2024?

8             MR. RALLS:  You just broke up a little bit.  I

9    couldn't understand.

10            TRUSTEE SALITORE:  Does -- has Earthsnap Inc. had any

11   bank accounts during the year 2024?

12            MR. RALLS:  Yes.

13            TRUSTEE SALITORE:  And where are those accounts

14   located?

15            MR. RALLS:  US Bank.

16            TRUSTEE SALITORE:  And is that one account or multiple

17   accounts during the year 2024?

18            MR. RALLS:  One account.

19            TRUSTEE SALITORE:  Okay.  Does Earth.com provide 100

20   percent of its revenue to Digital Earth Media?

21            MR. RALLS:  Does it provide -- well, my understanding

22   of --

23            TRUSTEE SALITORE:  I'm sorry.  For those, for those

24   who may be on the line, if you are not speaking, or -- could

25   you please mute your phones?  We have some background noise

Exhibit 19
Page 14 of 46

1   coming through.

2         And I'm sorry, Mr. Ralls, to go back to my question.

3   I understand that Digital Earth Media owns 100 percent of

4   Earth.com and that Digital Earth Media's revenues are derived

5   from Earth.com.  Is that accurate?

6         MR. RALLS:  That's correct.

7         TRUSTEE SALITORE:  Does -- sorry.

8         MR. RALLS:  -- Media owns Earth.com Inc. and Earthsnap

9   Inc.

10         TRUSTEE SALITORE:  And does Earth.com move 100 percent

11   of its revenues upstream to Digital Earth Media? Or does it

12   have other expenses or expenditures?

13         MR. RALLS:  No, there's a lot of people -- or not a

14   lot of people, but there's probably ten or twelve, ten to

15   fifteen people who work on Earth.com every month.

16         TRUSTEE SALITORE:  And where does Earth.com bank?

17         MR. RALLS:  Earth.com doesn't have a bank account

18   right now.

19         TRUSTEE SALITORE:  Has Earth.com --

20         MR. RALLS:  Yeah.  Earth.com and we all have bank

21   accounts at Everbank.  And they didn't renew our accounts, or

22   they closed our accounts because of subpoenas, constant

23   subpoenas from the lawsuit that I was involved in a few days

24   in.

25         TRUSTEE SALITORE:  Okay.  Mr. Ralls, I want to clarify

Exhibit 19
Page 15 of 46

1   kind of who's "we" and who's "ours."  So what I understand you

2   to say is that Earth.com does not currently have a bank

3   account.  Has Earth.com had a bank account during 2024?

4        MR. RALLS:  No.

5        TRUSTEE SALITORE:  When was the last time that

6   Earth.com had a bank account?

7        MR. RALLS:  2023.

8        TRUSTEE SALITORE:  And when can you tell me, if you

9   remember, was that closed?

10        MR. RALLS:  Both my personal account and the Earth.com

11   account were closed in 2020 -- January 2024, I think.  And that

12   -- Earth.com, Inc.'s account, was at Everbank and was closed in

13   January of '24?

14        MR. RALLS:  Or actually, I guess it's closed in

15   December.  It wasn't renewed for the following calendar year --

16   that was how it was put it to us.  We won't be continuing with

17   you as a client.

18        TRUSTEE SALITORE:  How -- can you explain to me, Mr.

19   Ralls, I understand that Digital Earth Media's revenue comes

20   from Earth.com.  And I understand that Digital Earth Media is

21   anticipated to have revenues, I think you said, of two million

22   in 2024.  How is that money transferred if Earth.com does not

23   have a bank account?

24        MR. RALLS:  It's -- DigitalEarth.com uses the Digital

25   Earth Media's bank account.

Exhibit 19
Page 16 of 46

1      TRUSTEE SALITORE:  Okay.  Does Digital Earth Media

2  have expenses as it operates separate from Earth.com?

3      MR. RALLS:  Only legal expenses from the lawsuit.

4      TRUSTEE SALITORE:  Okay.  And what would you estimate

5  that amount to be in the year 2024?

6      MR. RALLS:  I don't know because there's four

7  different entities.  I'm not really sure.  It's an accounting

8  question that we haven't figured out yet, how to divide legal

9  bills between four different entities that are all being sued

10 at the same time.

11     TRUSTEE SALITORE:  Do you have an accountant that does

12 the books for Digital Earth Media?

13     MR. RALLS:  I did.  I'm in the middle of changing

14 accounting firms.  You did the books, or you had an accounting

15 firm that did it, and you're in the process of changing?

16 Please clarify.

17     MR. RALLS:  In the process of changing.  I don't know

18 how to do accounting.

19     TRUSTEE SALITORE:  And who was the accounting firm

20 that has most recently worked on the books and records of

21 Digital Earth Media?

22     MR. RALLS:  It was Barrett Thomas.

23     TRUSTEE SALITORE:  And, I'm sorry, it was Barrett --

24 what was the last one?  Thomas?

25     MR. RALLS:  Thomas.

Exhibit 19
Page 17 of 46

1    TRUSTEE SALITORE:  Thomas.  Okay.  And just to follow

2    up, you mentioned there were four entities operating using

3    Digital Earth Media's bank account at US Bank?

4    MR. RALLS:  No.  There are four entities that are part

5    of this PlantSnap DEJ lawsuit, and the entities have one

6    attorney representing all of them, so -- and we get one

7    invoice.  So I don't -- you had asked me how much Digital Earth

8    Media spends in legal fees.  So I don't know exactly how to

9    break it out --

10    TRUSTEE SALITORE:  Okay.

11    MR. RALLS:  -- of one invoice, how much was assigned

12    to each entity in terms of legal fees.

13    TRUSTEE SALITORE:  But would I be correct that Barrett

14    Thomas, who has maintained the books and records for Digital

15    Earth Media, the holding company, will be -- would be able to

16    explain segregation or how various entities used that bank

17    account?

18    MR. RALLS:  No, they have not been working on the

19    books in 2024.

20    TRUSTEE SALITORE:  Has anyone been working on the

21    books in 2024 for Digital Earth Media?

22    MR. RALLS:  No, it's only been -- only QuickBooks.

23    TRUSTEE SALITORE:  And who is it that provides those

24    QuickBook entries, maintains that QuickBook?

25    MR. RALLS:  It's all automated, it's connected to the

Exhibit 19
Page 18 of 46

1  bank accounts.

2           TRUSTEE SALITORE:  So there's no human intervention in

3  maintaining books and records for Digital Earth Media in 2024?

4           MR. RALLS:  No, not yet.

5           TRUSTEE SALITORE:  I wanted to shift gears to talk

6  about Metaversal Knowledge.  I understand from your Schedule I

7  that this is your sole source of income.  Is that correct?

8           MR. RALLS:  That is correct.

9           TRUSTEE SALITORE:  What does Metaversal Knowledge,

10  Inc. do?

11          MR. RALLS:  They manage Earth.com and EarthSnap,

12  provide all the labor and programmers and contract laborers and

13  everything to do with running the two companies.

14          TRUSTEE SALITORE:  What are the revenues for

15  Metaversal Knowledge, Inc. in 2024, do you anticipate?

16          MR. RALLS:  I would anticipate somewhere approaching a

17  million dollars.

18          TRUSTEE SALITORE:  And is that revenue in any way,

19  shape or form distributed or transferred to Digital Earth

20  Media?

21          MR. RALLS:  No.

22          TRUSTEE SALITORE:  Okay.  And does Metaversal

23  Knowledge have a bank account that it has used in 2024?

24          MR. RALLS:  Yes, it's also at US Bank.

25          TRUSTEE SALITORE:  Okay.  How many accounts in 2024?

Exhibit 19
Page 19 of 46

1          MR. RALLS:  One.

2          TRUSTEE SALITORE:  And did Metaversal Knowledge, Inc.

3   have a bank account at US Bank, the same account in 2023?

4          MR. RALLS:  I'm sorry, you just broke up again.  I

5   didn't hear that.

6          TRUSTEE SALITORE:  I'm sorry.  Did Metaversal

7   Knowledge, Inc. have a bank account in 2023?

8          MR. RALLS:  Yes.

9          TRUSTEE SALITORE:  And is that the same account at US

10  Bank that you referenced that Metaversal Knowledge, Inc. had in

11  '24?

12         MR. RALLS:  Yeah, I'm sorry, you broke -- a couple of

13  words broke up again.

14         TRUSTEE SALITORE:  What bank account did Metaversal

15  Knowledge, Inc. use in 2023?

16         MR. RALLS:  In '23, US Bank.

17         TRUSTEE SALITORE:  And is that the same account that

18  the entity used in 2024?

19         MR. RALLS:  Yes.

20         TRUSTEE SALITORE:  And what does -- well, I guess you

21  already described that Metaversal Knowledge, Inc. provides

22  programmers, contract labor, and other advisory services, it

23  sounded like to me, to Earth.com?

24         MR. RALLS:  To Earth.com and to EarthSnap.

25         TRUSTEE SALITORE:  Okay.  Is the -- so is the sole

Exhibit 19
Page 20 of 46

1  source of revenues for Metaversal Knowledge, Inc., Earth.com,

2  and EarthSnap, or are there other sources of revenue?

3         MR. RALLS:  That's the only source.  Those two

4  companies are the only source.

5         TRUSTEE SALITORE:  And so am I to understand,

6  generally, in 2024, that Earth.com and EarthSnap have provided

7  approximately $2 million in revenue that was received by

8  Digital Earth Media, and approximately $1 million in revenue

9  that was received by Metaversal Knowledge, Inc.  Is that

10  correct?

11        MR. RALLS:  No, that's not correct.

12        TRUSTEE SALITORE:  Can you describe or help me out

13  with my understanding there?

14        MR. RALLS:  Yeah.  I was asked earlier how much

15  revenue Digital Earth Media would do in the year 2024.  I

16  didn't say that we've already done two million in revenue.

17        TRUSTEE SALITORE:  Okay.  So Digital Earth Media's

18  revenue, all of it, and Metaversal Knowledge's revenue, all of

19  it, comes from Earth.com and EarthSnap.  Is that correct?

20        MR. RALLS:  Digital Earth -- yes, I think that --

21  yeah, I think I understand your question.

22        TRUSTEE SALITORE:  Okay, I'll try and rephrase.  I

23  just want to be clear, and I don't want to confuse you or

24  anyone else.

25        Metaversal Knowledge derives a hundred percent of its

Exhibit 19
Page 21 of 46

1  revenue from Earth.com and EarthSnap, correct?

2          MR. RALLS:  Yeah, the only two clients that Metaversal

3  Knowledge has are Earth.com and EarthSnap.

4          TRUSTEE SALITORE:  And you loosely anticipate that

5  Metaversal Knowledge will have about a million dollars in

6  revenue in 2024, correct?

7          MR. RALLS:  That's correct.

8          TRUSTEE SALITORE:  And then as to Digital Earth Media,

9  it derives 100 percent of its income from Earth.com and

10 EarthSnap.  Is that correct?

11         MR. RALLS:  That is correct.

12         TRUSTEE SALITORE:  And you anticipate that Digital

13 Earth Media may do approximately $2 million in revenue in 2024,

14 correct?

15         MR. RALLS:  Two million gross revenue, that's correct.

16         TRUSTEE SALITORE:  Do Earth.com and EarthSnap make

17 distributions or send revenue to other entities that you're

18 aware of?

19         MR. RALLS:  Do they pay bills?  Yes, like legal --

20 like attorney fees and --

21         TRUSTEE SALITORE:  I was -- I'm sorry, I wasn't --

22 that wasn't a very good question.  I was mainly referring to

23 like ownership distributions or upstream revenue.  Rather than

24 business expenses.

25         MR. RALLS:  No.  No.

Exhibit 19
Page 22 of 46

1    TRUSTEE SALITORE:  Okay.  And just for clarification,

2  Metaversal Knowledge during 2024 has only had one bank account

3  that it has operated out of and that account is located at US

4  Bank?

5    MR. RALLS:  That's correct.

6    TRUSTEE SALITORE:  And the same would apply for 2023

7  for Metaversal Knowledge?

8    MR. RALLS:  That's correct.

9    TRUSTEE SALITORE:  You indicated on your Schedule I

10  that you had a monthly income of about $7,000 derived from

11  Metaversal Knowledge, Inc.  How did you determine that would be

12  your compensation?

13    MR. RALLS:  I don't recall the thought process behind

14  it.

15    TRUSTEE SALITORE:  So --

16    MR. RALLS:  -- (Indiscernible) --

17    TRUSTEE SALITORE:  Why is your income listed at $7,000

18  on your Schedule I from Metaversal Knowledge, Inc.?

19    MR. RALLS:  Why?

20    TRUSTEE SALITORE:  How'd you determine that amount?

21    MR. RALLS:  I looked by class, by categorizing

22  expenses that are shown in QuickBooks. Does Metaversal

23  Knowledge, Inc. have any bookkeeper that it has used in 2024?

24    MR. RALLS:  No, not yet.

25    TRUSTEE SALITORE:  Can you describe when you say

Exhibit 19
Page 23 of 46

1    determined from the QuickBooks entries for your salary listed

2    on Schedule I, there was no bookkeeper that assisted in the

3    development of that?

4        MR. RALLS:  No.  QuickBooks is all automated and has

5    its classified expenses and imports transactions directly from

6    the bank accounts.

7        TRUSTEE SALITORE:  And did I understand your testimony

8    correctly earlier that because you do not have a personal bank

9    account that all of your expenses are paid through the

10    Metaversal Knowledge bank account?

11        MR. RALLS:  Yes.  It acts as a passthrough S

12    corporation.

13        TRUSTEE SALITORE:  Are your personal expenses paid

14    from any other account than the US bank account held by

15    Metaversal Knowledge, Inc.?

16        MR. RALLS:  No.

17        TRUSTEE SALITORE:  In your originally filed schedules,

18    you indicated that you had a -- I think it was a Yukon vehicle.

19    In your amended schedules that were filed shortly before this

20    meeting, there is no vehicle listed.  How do you get around?

21        MR. RALLS:  The vehicle title is not -- or the vehicle

22    loan is not in my name.  So it shouldn't be put on my

23    declaratory statements, my personal declaratory statements.

24        TRUSTEE SALITORE:  What entity or who owns the -- I

25    presume you drive around the Yukon XL?

Exhibit 19
Page 24 of 46

1          MR. RALLS:  I do.

2          TRUSTEE SALITORE:  Who owns it?

3          MR. RALLS:  Digital Earth Media is actually owned by

4     Ally Bank.

5          TRUSTEE SALITORE:  Ally Bank holds the note on the

6     Yukon?

7          MR. RALLS:  Yes, it's under -- it's a -- it's not --

8     it's an auto loan.

9          TRUSTEE SALITORE:  Okay.

10         MR. RALLS:  We provided the documentation for that.

11         TRUSTEE SALITORE:  On your Schedule J, you did not

12    list that you have any kind of rental or home ownership

13    expense.  Can you describe where you live and how you pay for

14    it?

15         MR. RALLS:  I do not have a lease in my personal name,

16    which is why it's not put on my personal schedule of accounts.

17         TRUSTEE SALITORE:  Can you describe where it is that

18    you live, just in summary?

19         MR. RALLS:  Yeah.  In a house rented under Metaversal

20    Knowledge.

21         TRUSTEE SALITORE:  Okay.  Thank you.  I apologize,

22    I'll just take just a couple of minutes.  I think I anticipate

23    we would open the floor to Ms. Arzeda.  Actually, Ms. Arzeda,

24    did you have questions for the debtor?

25         MS. ARZEDA:  Thank you, Mr. Salitore.  I'll stand

Exhibit 19
Page 25 of 46

1  down.  I know we have a lot of parties-in-interest on the line,

2  and I attended the initial debtor interview, and so I'll

3  reserve my questions -- any questions until a later date.

4           TRUSTEE SALITORE:  Understand, and thank you.  And I

5  wanted to take a few minutes to review my notes, but while we

6  are doing that, Mr. Richardson or Mr. Giblin, could you please

7  announce yourself, who you represent, and only one of you,

8  please proceed to ask Mr. Ralls any questions that you might

9  have that would pertain to the schedules of the bankruptcy

10  case.

11          MR. GIBLIN:  Yes, sir.  This is Matt Giblin,

12  (Indiscernible) PlantSnap, and I'll be representing

13  (Indiscernible).

14          TRUSTEE SALITORE:  Thank you, Mr. Giblin.  Please

15  proceed.

16                       CROSS-EXAMINATION

17  BY MR. GIBLIN:

18  Q.  All right.  My first question revolves around the concept

19  of this -- to Mr. Ralls, so that your attorney mentions a

20  letter of intent and -- for -- to settle the lawsuit -- the

21  three-year lawsuit where PlantSnap and DEJP sued Ralls and the

22  various entities in, I believe it was February 19th, I believe.

23      Are you clear that this was not a letter of intent, but was

24  in fact a binding term sheet that was signed on February 19th?

25          MR. GOBLIN:  Hello?  Hello?

Exhibit 19
Page 26 of 46

1    TRUSTEE SALITORE:  Mr. Ralls?  Do we have Mr. Ralls on

2  the line?

3    MR. RALLS:  Yeah, I'm here.

4    TRUSTEE SALITORE:  And --

5    MR. WILEY:  Did someone ask a question?

6    TRUSTEE SALITORE:  Yes.  Mr. Giblin, I'm sorry.

7    MR. RALLS:  -- broke up.  Yeah.

8    TRUSTEE SALITORE:  Please proceed, Mr. Giblin.

9    MR. GIBLIN:  All right.  Okay.  Did you guys hear me

10  now?  It just broke up a little bit again.

11    TRUSTEE SALITORE:  Yes, Mr. Giblin.

12    MR. GIBLIN:  Okay.  All right.

13  BY MR. GIBLIN:

14  Q.  So --

15    MR. GIBLIN:  Can you guys hear me?

16    TRUSTEE SALITORE:  Yes, sir. Mr. Ralls, can you --

17    MR. RALLS:  Yes.

18    MR. GIBLIN:  Okay.  Hello?

19    TRUSTEE SALITORE:  Mr. Giblin?

20    MR. WILEY:   We can hear you.

21    MR. GIBLIN:  Okay.  Sorry, I could not -- I could only

22  hear an occasional word that you guys are saying.  But, all

23  right, let me try to proceed to a question and see if you guys

24  can hear it or not.

25  BY MR. GIBLIN:

Exhibit 19
Page 27 of 46

1   Q.  All right.  The question that I had for Mr. Ralls was the

2   lawsuit in San Miguel County, State of Colorado, between

3   PlantSnap and DEJP and Eric Ralls and the three entities of

4   DEM, MetaVersal, Earth.com, EarthSnap, that -- on February

5   19th, we signed a binding term sheet, not a -- your attorney

6   mentioned a LOI, and it sounded like you had said an LOI, and I

7   wanted to clarify that it is your understanding and admission

8   that we, in fact, signed a binding term sheet on February 19th

9   of 2023?

10  A.  Yeah.  Yeah.  I don't know what a difference is between a

11  binding term sheet and final contract is.  I guess that's my

12  issue.

13  Q.  Yeah.  Well, I think your Colorado attorneys could inform

14  you of that, but under Colorado law, a binding term sheet is

15  enforceable as a settlement agreement if the parties cannot

16  come to -- if they -- I mean, it is a final settlement

17  agreement if the parties do come to terms.  The Colorado law

18  recognizes a binding term sheet as a final settlement

19  agreement.

20      That was what occurred here.  We had a term sheet -- a

21  binding term sheet.  You were making payments upon that binding

22  term sheet per the agreement, and then you defaulted on that

23  agreement, and then the -- we entered a judgment, a default

24  judgment -- or maybe I should not -- let my attorney speak to

25  it, but we've informed the judge of the existence of the

Exhibit 19
Page 28 of 46

1   binding term sheet and that you had defaulted upon that

2   agreement and that we were enforcing that agreement and the

3   default.

4       And it is your understanding that Judge Yoder of the San

5   Diego County Court did, in fact, recognize that binding term

6   sheet as a final settlement agreement, recognize your default

7   under that agreement, in fact, issue and the signed confession

8   of judgments as final judgments, and then you had an objection

9   window in which you did not object, and those judgments were

10  entered as final judgments.  Is that your understanding?

11      MR. WILEY:  Yeah, I'll object to the question.

12  Because your client (indiscernible) -- I object.  So the

13  binding term sheet and the settlement agreement are twenty-four

14  hours apart on their terms.  So we admit that there's a binding

15  term sheet to pay you money.  We do not admit that there's a

16  binding term sheet that we will not compete against you, and

17  the settlement agreement went beyond the binding term sheet to

18  have non-competitive provisions in it.

19      And so to the extent that the settlement agreement and

20  the binding term sheet are materially different, my client

21  agrees we owe you money.  He said $2.7 million of money.

22  That's what we agree to pay you, but as far as the other things

23  that are associated with it in the settlement agreement, we do

24  not agree to that, because we have no conclusive binding

25  agreement to not compete with you, and that's what the

Exhibit 19
Page 29 of 46

1  motivation of all this litigation is about now in the

2  Bankruptcy Code.

3          We're going to assume your executive contract of your

4  binding term sheet.  We're going to pay you the money.  That's

5  not disputed, but we're not going to agree that we can't

6  compete with you in the space that we're currently competing

7  with you.  And that's what the settlement agreement provisions

8  provided.  That's the difference.

9          MR. GIBLIN:  Okay.  Mr. Wiley, I guess, you know, the

10 settlement agreement has expired.  It was never agreed upon.

11 It was --

12         MR. WILEY:  It was never signed.  It was never signed.

13 It was never agreed upon, and it's not relevant here.  What is

14 relevant is the binding term sheet --

15         MR. GIBLIN:  That's right.  That's right.

16         MR. WILEY:  We admit the obligation under the binding

17 term sheet to pay you money.  We admit that.  And we are going

18 to pay you by curing defaults and assuming executory contract

19 under that binding term sheet.  We will do that in our 355 and

20 our plan of reorganization.  We're not contesting or disputing.

21 We are contesting or disputing the settlement agreement that

22 you offered as proposals to enforce the binding term sheet that

23 said we couldn't compete with you, which would prevent us from

24 being able to pay you under the executory contract assumption.

25         So that's the problem that we have in this case.  It

Exhibit 19
Page 30 of 46

1  should be clear.

2      MR. GIBLIN:  Okay.  Okay.  So, Mr. Ralls -- Mr. Wiley,

3  thank you for clarifying that.  I guess I'm a little bit of a

4  loss because you're -- I mean, this is not beyond the scope of

5  this hearing, but your client certainly never raised any of

6  these anti-competitive provision objections during any of the

7  negotiations --

8      MR. WILEY:  No.  The anti-competitive provisions were

9  never in the binding term sheet.  There was no anti-competitive

10  provisions in the binding term sheet at all.  Zero.

11      MR. GIBLIN:  As I just said, he never raised any

12  objections during the negotiations.

13      MR. WILEY:  No, I don't care --

14      TRUSTEE SALITORE:  Gentlemen, gentlemen, if I could --

15      MR. WILEY:  -- (Indiscernible) --

16      TRUSTEE SALITORE:  Gentlemen, if I could intercede --

17      MR. WILEY:  -- (Indiscernible) --

18      TRUSTEE SALITORE:  Gentlemen, if I could intercede,

19  this is not the appropriate forum to determine the legal

20  claims.

21      MR. WILEY:  Correct.

22      TRUSTEE SALITORE:  Mr. Giblin, if you could just

23  please proceed with any questions that you might have for the

24  debtor related to their schedules or their bankruptcy case.

25      MR. GIBLIN:  Yes.  My questions solely revolve around

Exhibit 19
Page 31 of 46

1   the -- Mr. Ralls under -- having received the confession of

2   judgments from -- as ordered in San Miguel County and that

3   those judgments were entered and certified and that they are

4   valid judgments.  The settlement agreement no longer has any

5   bearing on this case.  Our claims against Mr. Ralls are purely

6   based upon certified, finalized judgments in which he did not

7   object to.

8   BY MR. GIBLIN:

9   Q.  So that is my first question, if you understand that the

10  claims that PlantSnap is presenting against him are not based

11  on a on-sign settlement agreement, but are in fact based upon

12  final certified judgments against him.

13       MR. WILEY:  That's a legal conclusion --

14  A.  I have --

15       MR. WILEY:  -- I'm directing my client not to answer.

16       MR. GIBLIN:  So you're not aware of the presence of

17  the certified judgments being issued in San Miguel County.

18  That's your -- that's your response, Mr. Wiley?

19       MR. WILEY:  My client cannot opine about what the

20  confession of judgment means, its enforceability or whatever.

21  We do owe you money.  We don't owe you anything else.

22       MR. GIBLIN:  Can you confirm if the confession of

23  judgment exists?

24       MR. WILEY:  Yes, you know it exists.  It's a matter of

25  a public record but the bottom line is that your actions to

Exhibit 19
Page 32 of 46

1   enforce the judgment are being stayed by 362.  Until you file a

2   motion to lift the stay, there is no opportunity for you to

3   enforce the judgment your client to convey stock.  And we have

4   interrupted enforcement of judgment.  So you're just like any

5   other creditor out there.  You have a claim.

6          And we're not going to be obligated to satisfy your

7   claim by the confession of judgment.  You need to look at

8   research and Bankruptcy Code and see how automatic stay implies

9   that we are not going to be obligated to sell or transfer stock

10   to you under a judgment for money --

11          TRUSTEE SALITORE:  Mr. Wiley, thank you.

12          MR. WILEY:  -- enforcement.

13          TRUSTEE SALITORE:  Mr. Wiley, I apologize.  I don't

14   mean to interrupt.  I just want to ensure that we are using the

15   creditor meeting forum appropriately.  So wrangling over the

16   legal dispute in this respect may be not the most productive

17   use, especially for the other parties on the line.

18          Mr. Giblin --

19          MR. WILEY:  Absolutely.  (Indiscernible) --

20          TRUSTEE SALITORE:  -- did -- Mr. Giblin, did you have

21   questions for the debtor's representative related to its

22   assets, debts, income, or expenses -- or excuse me, the debtor,

23   Mr. Ralls, individually.

24          MR. GIBLIN:  Yeah.  The first one I had is I was

25   trying to -- and I appreciate your saying I don't think I was

Exhibit 19
Page 33 of 46

1  going down the path that we were going down.  So I appreciate

2  you cutting that off as well.

3  BY MR. GIBLIN:

4  Q.  But does the -- in the -- so, Mr. Ralls, you do not

5  directly own any shares of EarthSnap.  That was established

6  today.  That's correct?

7  A.  I own eighty-six percent of the shares of Digital Earth

8  Media and EarthSnap is 100 percent owned by Digital Earth

9  Media.

10 Q.  Okay.  So you do not personally own any -- Eric Ralls does

11 not personally own any shares in Earthsnap.

12 A.  By the transit of property, I own eighty-sixty percent of

13 EarthSnap.

14 Q.  That's -- that's not how corporate structure works but the

15 answer is Eric Ralls personally does not own any shares in

16 EarthSnap.  That is true or false?

17 A.  Well, I guess I don't know the answer to that because you

18 just told me something differently than I believed to be true.

19 Q.  Digital Earth Media is the 100 percent owner of all shares

20 of EarthSnap, correct?

21 A.  Yes.

22 Q.  Okay.  Digital Earth Media is 100 percent owner of all

23 shares of EarthSnap.  So I'm looking at the EarthSnap -- I'm

24 trying to understand on your -- on your schedule of assets,

25 there was no shares in EarthSnap.  There's no shares of Earth -

Exhibit 19
Page 34 of 46

1  - Digital Earth Media, which comports with what you're saying

2  right now.  What I'm trying to understand is in the EarthSnap

3  --

4  A.  No.  I think you're looking at a -- there's a mistake made.

5  We filed an updated docket earlier today.  That was a mistake.

6  A clerical error.

7  Q.  What error are you referring to?

8  A.  The ownership percentage -- there's -- Kevin, would you

9  explain?

10       MR. WILEY:  Yes.  We revised to our amended schedules

11  he owns 100 percent of Digital Earth Media.  Digital Earth

12  Media owns eighty-six percent of EarthSnap.  So, when you

13  attack Digital Earth Media's ownership, you attack Eric Ralls'

14  ownership of Digital Earth Media's ownership of that.  And

15  that's -- that's for another dispute for another day, not for a

16  341 meeting.

17       MR. GIBLIN:  I don't really know what you're talking,

18  Mr. Wiley, but anyways, the question that I'm looking to ask

19  are I guess different than what you're saying.  So I'm looking

20  at -- that's what I was trying to understand because the -- I

21  did not see any EarthSnap shares listed under the asset

22  schedule for Mr. Ralls.  Something like that --

23       MR. WILEY:  He owns --

24       MR. GIBLIN:  -- to clarify that Mr. -- excuse me, Mr.

25  Wiley, I -- you keep interrupting me and I really do not

Exhibit 19
Page 35 of 46

1    appreciate it.

2            It is clear that -- from what you're telling us is

3    that, that you've amended the schedule to reflect that Eric

4    Ralls owns eighty-six percent of DEM and DEM owns 100 percent

5    of EarthSnap.  I am looking at the bankruptcy petition -- I'm

6    looking at the bankruptcy petition for EarthSnap that was

7    filed, and it does not represent that.  It represents that Mr.

8    Eric Ralls is the controlling owner of EarthSnap, that Mr.

9    Ralls is the one who filed the bankruptcy filing for EarthSnap.

10   It does never mention Digital Earth Media.  There's no

11   corporate resolutions from Digital Earth Media authorizing

12   EarthSnap to enter bankruptcy.  I don't see from the EarthSnap

13   filing --

14           MR. RALLS:  This is just a meeting -- this is just a

15   meeting for Eric Ralls filing, not EarthSnap filing?  You're --

16           TRUSTEE SALITORE:  Mr. Ralls --

17           MR. RALLS:  -- this is not --

18           TRUSTEE SALITORE:  Mr. Ralls, in that you have

19   individually listed these as your assets.  That -- that is a

20   fair line of questioning by Mr. Giblin.  Mr. Giblin, if you

21   would please proceed.  Mr. Wiley, if you could please refrain

22   from interruption.

23   BY MR. GIBLIN:

24   Q.  Yes, sir.  So I'm just trying to -- I'm just trying to

25   understand in the EarthSnap bankruptcy petition, it represents

Exhibit 19
Page 36 of 46

1  that you are in fact the owner directly of EarthSnap.  You

2  actually were the one -- the responsible party for filing the

3  EarthSnap bankruptcy and that not -- Digital Earth Media, who

4  is apparently now you're telling us 100 percent owner of

5  Earthsnap, is never mentioned in the EarthSnap bankruptcy.

6  There was never any corporate resolutions from DEM approving

7  the EarthSnap bankruptcy.

8      So did Digital Earth Media actually ever approve entering

9  EarthSnap into bankruptcy or did you do that separately from

10  the corporate structure of Digital Earth Media and in validly

11  [sic]?

12  A.  It's a question for my attorney.  I don't understand how

13  the legal part works.

14          TRUSTEE SALITORE:  Mr. Giblin, do you think you could

15  maybe rephrase or simplify?

16  BY MR. GIBLIN:

17  Q.  I mean, the EarthSnap bankruptcy petition was filed by Eric

18  Ralls personally on the EarthSnap bankruptcy petition.  He

19  represents that he is the majority -- he personally is the

20  majority shareholder of EarthSnap.  There is no corporate

21  resolution or authorization from Digital Earth Media

22  authorizing EarthSnap to enter bankruptcy.  There is no mention

23  whatsoever of Digital Earth Media in the EarthSnap bankruptcy

24  filings which is apparently the hundred-percent owner.  So I'm

25  trying to figure out how EarthSnap entered bankruptcy without

Exhibit 19
Page 37 of 46

1   its parent and hundred-percent owner authorizing it.

2          TRUSTEE SALITORE:  And, Mr. Ralls, if you know the

3   answer to that, would you please answer?

4          MR. RALLS:  I don't -- I don't know the answer to

5   that.  I'm relying on Mr. Wiley to guide me through these

6   bankruptcy proceedings.  I know that we have gotten an

7   extension on the EarthSnap filing.  That's what I know.

8   BY MR. GIBLIN:

9   Q.  Okay.  My final question on that matter is just that

10  Digital Earth Media, you as majority owner and shareholder CEO,

11  was there any corporate resolution passed or any board action

12  or vote taken authorizing EarthSnap to enter into bankruptcy?

13  A.  Yes.  From what I recall, we had to sign -- or I had to

14  sign a corporate resolution to have this happen just like we

15  did in the Colorado case.

16  Q.  Okay.  I just would like to -- when I didn't see EarthSnap

17  on the asset schedule, I'm trying to understand why you were

18  listed as the majority shareholder on the bankruptcy filing,

19  but we can move on from that.

20      I've got a couple of questions more on Metaversal.  So, Mr.

21  Ralls, is -- does 100 percent of the funds that Metaversal

22  receive come as bank transfers from Digital Earth Media?

23  A.  From -- yes.  And from EarthSnap.

24  Q.  From EarthSnap.  So, there's no -- there's no Earth.com

25  revenue sources that bypass the Digital Earth Media bank

Exhibit 19
Page 38 of 46

1  account and are directly deposited into Metaversal Knowledge.

2  All funds that enter Metaversal Knowledge bank account enter

3  via a Digital Earth Media bank account.

4  A.   Yeah.   Either Digital Earth Media bank account or

5  Earth.com, or when we had a bank, when Earth.com had a bank

6  account, or from EarthSnap.   Now, if it's ever happened in the

7  past, I don't recall, but if you're talking about something

8  specifically, I'm happy to look at it and address it.

9  Q.   All right.   Just to clarify, I think your answer was 100

10 percent of the funds that enter into Metaversal Knowledge come

11 directly from the DEM corporate bank account, and that has been

12 that way for some period of time.

13 A.   No.   A hundred percent of the revenue paid to Metaversal is

14 earned by Earth.com or EarthSnap.

15 Q.   So, are you saying that Earth.com has revenue contracts,

16 where Earth.com is earning revenue, but you are redirecting

17 that revenue where it never enters a Earth.com or DEM, which

18 DEM is the sole banking institution for Earth.com currently

19 today.   Is that correct?

20 A.   Yes, that's correct.

21 Q.   Okay.   So I couldn't understand the last piece, because it

22 sounded like first, you said all of the funds in Metaversal

23 come directly from Digital Earth Media, and then just now you

24 said something that sounded a little bit different, you said

25 all of the revenue that Metaversal Knowledge comes from revenue

Exhibit 19
Page 39 of 46

1    that's earned by Earth.com and EarthSnap.  So, are you saying

2    that Earth.com had revenues --

3    A.   Earth.com had -- Earth.com used to have a bank account.

4    Earth.com had a bank account previously, so at that time the

5    revenue earned by Earth.com went from the Earth.com bank

6    account into the Metaversal bank account.

7    Q.   Okay.  So is there any revenue that is earned by Earth.com

8    or EarthSnap that never enters DEM, Earth.com, or EarthSnap but

9    passes directly from whoever is the vendor or the source of

10   revenue directly into Metaversal's accounts?

11   A.   No.

12   Q.   No.  Okay.  So the only source of funds in Metaversal

13   Knowledge's bank account is transfers from DEM?

14   A.   Or Earthsnap, or Earth.com.

15   Q.   How do they transfer money into Metaversal Knowledge

16   without bank accounts?

17   A.   Because it used to have a bank account.

18   Q.   So in the past, money was transferred from all -- from

19   Digital Earth Media, Earth dot -- but you said that Earth.com

20   has not had a bank account in 2024.  Is that correct?

21   A.   Yeah, that's correct.

22   Q.   Okay.  And what is -- do you know the actual Digital Earth

23   Media revenue to date?  Approximate.

24   A.   No.  I -- our -- it looks like we're on a run rate to be a

25   little over $2 million this year.  That's the best I can give.

Exhibit 19
Page 40 of 46

1    Q.  So that would be approximately $1.5 million at the end of

2    Q3?

3    A.  No.  Q4 is the biggest -- by far the biggest revenue

4    generator of any digital media company.

5    Q.  By how far?

6    A.  Some companies, up to seventy-five percent of their revenue

7    is earned in Q4.

8    Q.  So are you saying that Digital Earth Media has only earned

9    $500,000 in revenue in 2024 to date, and you're anticipating

10   1.5 more million additional revenue in 2024?

11   A.  No, I said some companies, not mine.

12   Q.  Okay.  So you're the CEO and bookkeeper of Digital Earth

13   Media, apparently a multi-million dollar revenue company, and

14   you can't tell us how much revenue approximately they've earned

15   in 2024.  That's your answer.

16   A.  No, I can tell you, absolutely.  I can't tell you exactly.

17   Approximately 1.2 million.

18   Q.  Okay, 1.2 million to date, approximately through September

19   25th of 2024.

20   A.  Approximately, that's correct.

21   Q.  Okay.  Thank you very much for clarifying that.

22          TRUSTEE SALITORE:  And, Mr. Giblin, I apologize.  Mark

23   Salitore with the U.S. Trustee's Office.  We have actually

24   another meeting that I will have to start in a little while.

25   Mr. Giblin, just to give you a heads up, I've got about five to

Exhibit 19
Page 41 of 46

1    seven minutes.  For those on the line, I will announce at the

2    close of the meeting a continuance to October 9th at 2:00 of

3    this meeting, so that other parties in interest may have an

4    opportunity to ask questions of Mr. Ralls, the individual

5    Chapter 11 debtor.

6           Mr. Giblin, please proceed.  We've got about five

7    minutes.

8    BY MR. GIBLIN:

9    Q.  No, I think that my next question, one of the main

10   questions I was trying to clarify of actually where the revenue

11   -- and so the last question, Mr. Ralls, do you currently pay

12   all of your personal expenses out directly from Metaversal

13   Knowledge, and that's the -- and you're saying there's

14   approximately $7,000 a month for this year so far?

15   A.  Yeah.

16   Q.  How much money does Metaversal Knowledge have in the bank -

17   - in the bank?

18   A.  Today?  Probably around $500.

19   Q.  And how much money does Digital Earth Media have in the

20   bank?

21   A.  Probably around the same.

22   Q.  And Earth.com, EarthSnap do not have any bank accounts.  So

23   the 1.2 million revenue is the run rate this year today, and

24   currently there's approximately $1,000 left in the two bank

25   accounts that revenue from those -- that source has -- came

Exhibit 19
Page 42 of 46

43

1  from.  But is it all the money that is earned -- all the money

2  earned on a monthly basis -- is 100 percent of the money earned

3  from -- is 100 percent of the money that comes into the Digital

4  Earth Media account transferred directly to Metaversal?  Does

5  Metaversal pay all the bills for Digital Earth Media?

6  A.  No.

7  Q.  Digital Earth Media pays some expenses directly?

8  A.  Yes.

9      MR. GIBLIN:  Okay.  That's all I have.

10     TRUSTEE SALITORE:  Thank you, Mr. Giblin.  Just for a

11  couple of clarification questions, Mr. Ralls, the rent house

12  that I understand you currently live in, is that paid for by

13  Universal Knowledge, Inc. -- or Metaversal Knowledge, Inc.?

14     MR. RALLS:  Yeah.  That's the name on -- we provided

15  the information on it.  That's the name on the lease, that's

16  correct.

17     TRUSTEE SALITORE:  Just so I have a handle, I want to

18  confirm what I understand are the various bank accounts that

19  we've discussed today.  I understand that Digital Earth Media

20  has a bank account that it has used in 2024 at US Bank, and has

21  used no other bank accounts in 2024.  Is that correct?

22     MR. RALLS:  That is correct.

23     TRUSTEE SALITORE:  I understand that EarthSnap, Inc.,

24  currently Chapter 11 debtor, has an account at US Bank, and

25  that is the only account that that entity used before it filed

Exhibit 19
Page 43 of 46

1    for bankruptcy in 2024.  Is that correct?

2          MR. RALLS:  That is correct.

3          TRUSTEE SALITORE:  And Digital Earth Media has one

4    bank account at U.S. Bank, and that is the only account that

5    Digital Earth Media has operated using in 2024.  Is that

6    correct?

7          MR. RALLS:  That is correct.

8          TRUSTEE SALITORE:  My understanding is that Earth.com

9    does not currently have a bank account, and has not had an

10   account since January of 2024.  Is that correct?

11         MR. RALLS:  That is correct.

12         TRUSTEE SALITORE:  And I understand that you

13   personally do not have a bank account, and have not had a bank

14   account during 2024.  Is that correct?

15         MR. RALLS:  That is correct.

16         TRUSTEE SALITORE:  Do you have any direct support

17   obligation?  Do you have any kind of a child support or other

18   payment?

19         MR. RALLS:  No, sir.

20         TRUSTEE SALITORE:  Well, before I guess we get to --

21   well, in that we're kind of at a transition point, Ms. Arzeda,

22   did you have any just very quick questions before I'll announce

23   a continuance?

24         MS. ARZEDA:  No, I'll reserve my questions for the

25   continuance.  Thank you, Mr. Salitore.

Exhibit 19
Page 44 of 46

1        TRUSTEE SALITORE:  Thank you.  And Mr. Thomas, Mr.

2   Thomas, and Ms. Sax-Bolder, I apologize.  It doesn't appear

3   that we will have time, at least today, to get to your

4   questions but we will continue this meeting to October 9th at

5   2:00.  And Ms. --

6        MR. THOMAS:  That works for me, thank you.

7        TRUSTEE SALITORE:  Thank you.  And Mr. Wiley, and --

8        MS. SAX-BOLDER:  That works as well.

9        TRUSTEE SALITORE:  Thank you, Ms. Sax-Bolder.

10        MR. WILEY:  Yes, that works for my schedule, Mr.

11   Salitore.

12        TRUSTEE SALITORE:  Thank you.  Okay.  In that case, we

13   now hereby continue this first meeting of creditors in Eastern

14   District of Bankruptcy Case 24-60504, Individual Chapter 11,

15   debtor Eric Ralls, to October 9th at 2:00.  Thank you,

16   everyone, for your attendance today.

17        MR. WILEY:  Thank you, Mr. Salvatore.

18     (Proceedings concluded)

19

20

21

22

23

24

25

Exhibit 19
Page 45 of 46

46

1   **C E R T I F I C A T I O N**

2          I certify that the foregoing is a correct transcript

3   from the electronic sound recording of the proceedings in the

4   above-entitled matter.

5

6   *Kathleen M. Price*                    DATE:   October 24, 2024

7   Kathleen Price, AAERT Cert. No. 325

8   A&S Transcript Providers

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Exhibit 19
Page 46 of 46