

**EOD**

05/14/2025

## IN THE UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF TEXAS
### TYLER DIVISION

| | |
|---|---|
| In re:<br><br>ERIC RALLS,<br>SSN: xxx-xx-0447<br><br>        Debtor. | Case No.  24-60504<br><br>Chapter 7 |
| HI INVESTMENTS, LLC,<br><br>        Plaintiff,<br>   v.<br><br>ERIC RALLS,<br><br>        Defendant. | Adv. Pro. No. 24-06045 |

### ORDER GRANTING UNOPPOSED MOTION TO HOLD ALL
### ADVERSARY PROCEEDING RELATED DEADLINES IN ABEYANCE

THIS MATTER having come before the Court on the *Unopposed Motion to Hold All Adversary Proceeding Related Deadlines in Abeyance* (the "Motion")[1] and having heard the arguments of counsel, if any; and due and proper notice of the Motion having been provided; finds good cause to grant the Plaintiff the requested relief, hereby ORDERS:

1.    The Motion is GRANTED.

2.    HI Investments, LLC shall have through and including July 21, 2025, or 60 days after the section 341 meeting in Case No. 24-60504, whichever is later (the "Objection to Discharge Deadline") to amend its Complaint, absent further order of the Court.

3.    All deadlines set forth in the Scheduling Order at Docket No. 13 shall be held in abeyance pending further order of the Court until after the Objection to Discharge Deadline.

4.    Counsel for Plaintiff is directed to file, by no later than July 28, 2025, a written report informing the Court of the status of this case,whether a status conference is needed, whether a new or extended schedule is needed, and any other matter of which the Court should be informed to ensure this case is prosecuted in a timely and efficient manner.

Signed on 5/14/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Motion.

33554509.1