
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ERIC RALLS** | § | |
| xxx-xx-0447 | § | Case No. 24-60504 |
| | § | |
| Debtor | § | Chapter 11 |

| | | |
|---|---|---|
| HI INVESTMENTS, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 24-6045 |
| | § | |
| ERIC RALLS | § | |
| | § | |
| Defendant | § | |

### *SUA SPONTE* ORDER MODIFYING SCHEDULING ORDER

On this date, the Court reviewed the file in this matter  Previously having entered a *Scheduling Order Arising From Initial Management Conference* on March 5, 2025, the Court entered on May 14, 2025 its *Order Granting Unopposed Motion to hold all Adversary Proceeding Related Deadlines in Abeyance*. This abatement order directed Plaintiff to file, by no later than July 28, 2025, a written report informing the Court of the status of this case. Plaintiff complied with this directive. Having reviewed Plaintiff's report, the Court finds that good cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that the deadline to complete all discovery in this adversary proceeding is extended until **Friday, November 14, 2025**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the deadline for filing any motion for summary judgment under Fed. R. Bankr. P. 7056 is extended until **Monday, December 15, 2025**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the deadline for pleading amendments is extended until **Monday, December 1, 2025**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the deadline by which parties shall make their disclosures of expert testimony, if applicable, is extended until **Tuesday, September 30, 2025**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

**IT IS FURTHER ORDERED** that the provisions of this Court's Scheduling Order shall continue in full force and effect except as specifically modified herein.

Signed on 8/13/2025

THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE