IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

EOD
10/01/2025

| | |
|---|---|
| In re:<br><br>ERIC RALLS,<br>SSN: xxx-xx-0447<br><br>Debtor. | Case No.  24-60504<br><br>Chapter 7 |
| HI INVESTMENTS, LLC,<br><br>        Plaintiff,<br>    v.<br><br>ERIC RALLS,<br><br>Defendant. | Adv. Pro. No. 24-06045 |

### ORDER GRANTING MOTION TO EXTEND ADVERSARY DEADLINES

THIS MATTER having come before the Court on HI Investments, LLC's (the "Plaintiff") *Motion to Extend Adversary Deadlines* (the "Motion")[1] and having heard the arguments of counsel, if any; and due and proper notice of the Motion having been provided; finds good cause to grant the Plaintiff the requested relief, hereby ORDERS:

1. The Motion is GRANTED.

2. The deadlines enclosed in the Modified Scheduling Order (Docket No. 20) are extended by sixty (60) days.

3. The deadline to complete all discovery in this adversary proceeding is extended up to and including **Tuesday, January 13, 2026**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

4. The deadline for filing any motion for summary judgment under Fed. R. Bankr. P. 7056 is extended up to and including **Friday, February 13, 2026**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

5. The deadline for pleading amendments is extended up to and including **Friday, January 30, 2026**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings set forth in the Motion.

35231299.2

6. The deadline by which parties shall make their disclosures of expert testimony, if applicable, is extended up to and including **Monday, December 1, 2025**, unless leave of Court for additional time is sought by written motion and is subsequently granted by the Court.

7. No rights for either party are waived with respect to any matter in the above-captioned adversary case.

Signed on 10/1/2025

_____
THE HONORABLE JOSHUA P. SEARCY
UNITED STATES BANKRUPTCY JUDGE

2

35231299.2