IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

**EOD**
09/01/2026

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **ERIC RALLS** | § | Case No. 24-60504 |
| xxx-xx-0447 | § | |
| | § | |
| Debtor | § | Chapter 7 |
| HI INVESTMENTS, LLC | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | Adversary No. 24-6045 |
| | § | |
| ERIC RALLS | § | |
| | § | |
| Defendant | § | |

**NOTICE AND ORDER REGARDING FINAL**
**PRE-TRIAL PROCEDURES IN ADVERSARY PROCEEDING**

**TO: ALL ATTORNEYS OF RECORD AND ALL SELF-REPRESENTED INDIVIDUALS:**

Pursuant to Fed. R. Bankr. P. 7016(a), in order to develop a proposed plan for the scheduling of the trial of the complaint in this adversary proceeding and related pre-trial deadlines:

**IT IS HEREBY ORDERED** that each party to this adversary proceeding shall file a written statement with the Court[1] **on or before Friday, September 11, 2026,** that contains the following information:

(1) accurate telephonic contact information for all counsel and any self-represented individuals;

[1] This statement should be filed as a "Response Regarding Final Pre-Trial Procedures" --- a docket event available as a "miscellaneous" event under the "Adversary" tab of the CM-ECF system.

(2) an updated, precise estimate of the time which needs to be reserved for trial of this action;

(3) the identification of any weeks during November or December 2026, or the first quarter of 2027 during which the parties or their counsel shall be **unavailable** for trial due to existing trial settings or other unavoidable circumstances**.**[2]

**IT IS FURTHER ORDERED** that the Court shall review the information submitted by the parties and thereafter issue a final scheduling order in light of the Court's schedule and the circumstances of this case.

Any failure to comply with the terms of this Order or the requirements of the Federal Rules of Bankruptcy Procedure may result in the imposition of sanctions by the Court upon any party or any attorney for any party pursuant to Fed. R. Bankr. P. 7016 and 7037, or any other applicable authority.

Signed on 09/01/2026

THE HONORABLE BILL PARKER
UNITED STATES BANKRUPTCY JUDGE
Acting By Designation in the Absence of
Joshua P. Searcy, United States Bankruptcy Judge

**cc: All attorneys of record**

[2] Any comprehensive exclusion of potential trial dates by any party without sufficient explanation will be ignored and a final trial schedule shall be imposed without further input from the parties. Designated trial weeks for 2026 and 2027 are outlined in the Court's calendars which are available for review under Judge Searcy's docket tab at www.txeb.uscourts.gov. **Please be advised that, due to unavailability of facilities in Sherman, the trial of this matter will be conducted in Tyler.**