**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| In re:<br><br>ERIC RALLS,<br>SSN: xxx-xx-0447<br><br>Debtor. | Case No. 24-60504<br><br>Chapter 7 |
| HI INVESTMENTS, LLC,<br><br>Plaintiff,<br>v.<br><br>ERIC RALLS,<br><br>Defendant. | Adv. Pro. No. 24-06045 |

**PLAINTIFF'S RESPONSE REGARDING FINAL PRE-TRIAL PROCEDURES**

HI Investments, LLC (the "Plaintiff"), by and through its undersigned counsel, hereby submits the following *Plaintiff's Response Regarding Final Pre-Trial Procedures* (the "Response") regarding the deadline ordered by the Court in the *Notice and Order Regarding Final Pre-Trial Procedures in Adversary Proceeding* (the "Order") (Docket No. 52). In support thereof, the Plaintiff states as follows:

1. The following is accurate telephonic contact information for all counsel for Plaintiff:

   a. Amalia Y Sax-Bolder, Reed Smith (303) 552-3843

   b. Ryan French, Taylor Porter (225) 387-3221

   c. London England, Reed Smith (470) 947-5846

2. Plaintiff provides the following precise estimate of the time which needs to be reserved for trial of this action:

   Plaintiff estimates that trial should be reserved for 2-3 days. Plaintiff's case in chief is estimated at 8 hours, and Plaintiff reserves 2 hours for rebuttal testimony.

3. Plaintiff has reviewed the Court's trial calendar for all weeks between November

2026 and the end of the first quarter of 2027 and Counsel and Plaintiff provides the following updates on availability of parties and counsel:

a. Nov. 9-13 (Veterans' Day holiday Wed the 11th) **UNAVAILABLE**
b. Nov. 16-20 **UNAVAILABLE**
c. Nov. 23-25 (Thanksgiving holidays Nov. 26/27) **UNAVAILABLE**
d. Dec. 14-18 **UNAVAILABLE**
e. Jan. 11-15 **AVAILABLE**
f. Jan. 25-28 **AVAILABLE**
g. Feb. 1-5 **UNAVAILABLE**
h. Feb. 8-12 **AVAILABLE Feb. 9-12, UNAVAILABLE Feb. 8**
i. Feb. 22-26 **AVAILABLE Feb. 22-24, UNAVAILABLE Feb. 25-26**
j. Mar. 8-12 **AVAILABLE**
k. Mar. 15-19 **AVAILABLE**
l. Mar. 22-26 **AVAILABLE**

Should the Court have any further questions prior to issuing the Final Pre-Trial Procedures, please do not hesitate to contact the undersigned.

Dated this 11th day of September, 2026.

Respectfully submitted,

**REED SMITH, LLP**

*/s/ Amalia Y. Sax-Bolder*
Amalia Y. Sax-Bolder, CO Bar #54959
(*admitted pro hac vice)*
1900 Lawrence Street, Suite 2800
Denver, CO 80202
Tel: (303) 552-3843
asaxbolder@reedsmith.com

London England, TX Bar 24110313
1020 Spring Street NW, Suite 1100
Atlanta, GA 30316
Tel: (470)947-5846
lengland@reedsmith.com

**TAYLOR PORTER**

Ryan French, LA Bar. 34555
(*admitted pro hac vice)*
450 Laurel Street, 8th Floor
Baton Rouge, LA 70801
Tel: (225) 387-3221
Ryan.french@taylorporter.com

*Attorney for HI Investments, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2026, a true and correct copy of the foregoing *Plaintiff's Response Regarding Final Pre-Trial Procedures* was transmitted by electronic means to all parties of record through the Court's CM/ECF electronic filing system.

*/s/ Amalia Y. Sax-Bolder*
Amalia Y. Sax-Bolder