Gregory W. Mitchell
THE MITCHELL LAW FIRM, L.P.
1100 W. Campbell Road, Suite 200
Richardson, Texas 75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285
ATTORNEYS FOR DEFENDANT

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **In re Eric Ralls** | § | |
| | § | **Case No. 24-60504** |
| ***Debtor*** | § | |
| | § | **Chapter 7** |
| | § | |
| | § | |
| **HI Investments, LLC** | § | |
| | § | |
| ***Plaintiff*** | § | **Adv. Proc. No. 24-06045** |
| | § | |
| **v.** | § | |
| | § | |
| **Eric Ralls** | § | |
| | § | |
| ***Defendant*** | § | |

**DEFENDANT'S RESPONSE REGARDING FINAL
PRE-TRIAL PROCEDURES IN ADVERSARY PROCEEDING**

TO THE HONORABLE U.S. BANKRUPTCY COURT JUDGE:

Eric Ralls ("**Defendant**" or "**Debtor**"), Defendant in the above-referenced adversary proceedings and the Debtor in the underlying bankruptcy case related to this adversary, herein files this *Defendant's Response Regarding Final Pre-Trial Procedures in Adversary Proceeding* (the "**Response**") in response to the Court's September 1, 2026, *Notice and Order Regarding Final Pre-Trial Procedures in Adversary Proceeding* (the "**Order**", at Dkt. No. 52). In its Order, the Court posed several inquiries to the parties – each of which is addressed below:

(1) Accurate Contact Information for Counsel

Gregory W. Mitchell
The Mitchell Law Firm, L.P.
1100 W. Campbell Road, Suite 200
Richardson, Texas 75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
greg@mitchellps.com – Email
Counsel for Defendant

(2) Time Estimate

➔ Defendant estimates that the trial in this matter will likely take 2-3 days.

(3) Scheduling – Defendant and/or his Counsel may be **unavailable** for trial as follows:

a. Counsel for Defendant is the Director of the Federal Taxpayers' Clinic at the SMU Law School. In that capacity, counsel teaches a class from 1:00 – 2:15 on Mondays and meets with tax clinic students to discuss their assigned cases from 12:00 – 4:00 on Wednesdays. The Fall Semester, 2026, ends on Monday, November 23, 2026. The Spring Semester, 2027, begins on January 11, 2027, and continues through April 20, 2027.

b. Counsel for Defendant is scheduled to be in trial in Adv. Proc. No. 25-03090-mvl pending in the Bankruptcy Court for the Northern District of Texas the week of November 9, 2026.

c. Defendant has a commitment to "AI Summit New York" from December 8-10, 2026.

d. Defendant has business meetings and prepaid expenses scheduled in San Francisco, California on December 15 and 16, 2026.

e. Counsel for Defendant is scheduled to be in trial during the "month of January", 2027 in Adv. Proc. No. 25-04126-mxm pending in the Bankruptcy Court for the Northern District of Texas. Docket call in that matter is scheduled for December 22, 2026, at which time the precise dates in January, 2027, will be determined.

f. Counsel for Defendant is currently scheduled to be out of the country on vacation beginning January 28, 2027, through February 14, 2027.

g. Counsel for Defendant is currently scheduled to be out of town the week of March 15-19, 2027.

All other dates are currently available.

**DATED this 11th day of September, 2026.**

Respectfully submitted,

**THE MITCHELL LAW FIRM, L.P.**

**/s/ Gregory W. Mitchell**
Gregory W. Mitchell
1100 W. Campbell Road, Suite 200
Richardson, Texas 75080
(972)463-8417 – Office
(972)432-7540 – Facsimile
State Bar ID: 00791285
E-mail: greg@mitchellps.com
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on **September 11, 2026**, a true and correct copy of the foregoing was served via the Court's ECF system on all counsel of record.

/s/ **Gregory W. Mitchell**
Gregory W. Mitchell
Attorney for Defendant